Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

SDNY PRO SE OFFICE

2023 JAN -3  PM 3:

# UNITED STATES DISTRICT COURT

for the

District of ~~Massachusetts~~ New York

|  |  |
|---|---|
| Hamid Reza Ardaneh | ) Case No. _____ |
|  | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
| Commonwealth of Mass, et al. | ) |
|  | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Hamid Reza Ardaneh |
| Street Address | 269 Treble Cove Rd |
| City and County | Billerica, Middlesex |
| State and Zip Code | Massachusetts, 01862 |
| Telephone Number | N/A |
| E-mail Address | N/A |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name — Commonwealth of Massachusetts

    Job or Title (if known) — Government of the Massachusetts

    Street Address — One Ashburton Place

    City and County — Boston, Suffolk

    State and Zip Code — MA 02108-1598

    Telephone Number —

    E-mail Address (if known) —

Defendant No. 2

    Name — Kristen Buxton

    Job or Title (if known) — Trial Judge of the Middlesex Superior Court

    Street Address — 200 Trade Center

    City and County — Woburn, Middlesex

    State and Zip Code — MA 01801

    Telephone Number —

    E-mail Address (if known) —

Defendant No. 3

    Name — Ceara Mahoney

    Job or Title (if known) — Middlese District Attorney

    Street Address — 15 Commonwealth Avenue, Suite 300

    City and County — Woburn, Middlesex

    State and Zip Code — MA 01801

    Telephone Number —

    E-mail Address (if known) —

Defendant No. 4

    Name — Benjamin B. Tariri

    Job or Title (if known) — Attorney at law

    Street Address — 15 Court Square

    City and County — Boston, Suffolk

    State and Zip Code — MA 02108

    Telephone Number —

    E-mail Address (if known) —

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Violations of the First, Fifth, Sixth, and Fourteenth Amendment to the U.S. Constitutions, Civil Rights Acts, 28 USC 1331, 28 USC 1443, 42 USC 1983, 28 USC 1343, and 28 USC 1455. Violations of State and Federal Constitution, the S.J.C. and Supreme Court of the U.S.*

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

   a.  If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.  If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

   a.  If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

By only a Retaliated false Accusation absolutely illegal on 2016 arrested and Jailed me and after Seven years still without trial and without investigation I am in Jail beacause intimidating and bribing my Attorneys to not do anything for me to hiding violations made on Purpose by the Commonwealth, to not Enter my Exculpatory Statement and evidence, not do investigation to hiding actual crimes for Protecting guilty the Alleged victim of Bribed me and intimidated me.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am Requested "A Justice" and injunction Relief.

I am Requested to Reserve all my Constitutional Rights.

I am Requested to true Rights to Counsel who is defend my Rights. Seven years there is no any Result from Attorneys for the Retaliated false Accusation Case.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

I am Requesting to consider facts and true Judgment based on
Prove by evidence not false Accusations.
I am Requested for Federal investigation and Federal Protection
of my life and liberty.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12, 18, 2022

Signature of Plaintiff

Printed Name of Plaintiff  Hamid Reza Ardaneh

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

On this *23rd* day of *December* 20 _____, I certify the preceding/following/attached document is a true, exact, complete, and unaltered copy made by me of Detainee Hamid Ardaneh's Canteen Account at the Middlesex Jail and House of Correction.

John H. Goggin
Middlesex Sheriffs Office
Legal Services
Notary Public
My commission expires September 27, 2024

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

---

Resident ID: 2887          Submit

---

Resident ID: **2887**
Resident Name: **ARDANEH , HAMID**
Date of Birth: **06-12-1978**
Location: **- DORM - 2 - 41**

### Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|-----------|-------|
| 12/22/2022 | 100820114 | EPR | OID:100212181-ComisaryPurch-Reg | -21.45 | 321.63 | 0.00 | 0.00 | 0.00 | 321.63 |
| 12/16/2022 | 100817688 | EPR | OID:100211147-ComisaryPurch-Reg | -88.38 | 343.08 | 0.00 | 0.00 | 0.00 | 343.08 |
| 12/13/2022 | 100816645 | ERF | OID:100210082-ComisaryRefund-Reg | 17.84 | 431.46 | 0.00 | 0.00 | 0.00 | 431.46 |
| 12/09/2022 | 100814878 | EPR | OID:100210082-ComisaryPurch-Reg | -63.59 | 413.62 | 0.00 | 0.00 | 0.00 | 413.62 |
| 12/02/2022 | 100812456 | EPR | OID:100209302-ComisaryPurch-Reg | -101.49 | 477.21 | 0.00 | 0.00 | 0.00 | 477.21 |
| 11/25/2022 | 100811374 | SECUREDEPOSITS | Karimi Farahnaz | 250.00 | 578.70 | 0.00 | 0.00 | 0.00 | 578.70 |
| 11/22/2022 | 100810676 | EPR | OID:100209037-ComisaryPurch-Reg | -11.02 | 328.70 | 0.00 | 0.00 | 0.00 | 328.70 |
| 11/17/2022 | 100809058 | EPR | OID:100208588-ComisaryPurch-Reg | -39.87 | 339.72 | 0.00 | 0.00 | 0.00 | 339.72 |
| 11/11/2022 | 100806922 | EPR | OID:100207668-ComisaryPurch-Reg | -28.45 | 379.59 | 0.00 | 0.00 | 0.00 | 379.59 |
| 11/04/2022 | 100804273 | EPR | OID:100206753-ComisaryPurch-Reg | -63.67 | 408.04 | 0.00 | 0.00 | 0.00 | 408.04 |
| 10/28/2022 | 100801981 | EPR | OID:100205903-ComisaryPurch-Reg | -83.74 | 471.71 | 0.00 | 0.00 | 0.00 | 471.71 |
| 10/21/2022 | 100799523 | EPR | OID:100204967-ComisaryPurch-Reg | -45.02 | 555.45 | 0.00 | 0.00 | 0.00 | 555.45 |
| 10/18/2022 | 100798601 | ERF | OID:100204158-ComisaryRefund-Reg | 1.33 | 600.47 | 0.00 | 0.00 | 0.00 | 600.47 |
| 10/17/2022 | 100798350 | INTAKE DEPOSIT | ARDANEH | 3.09 | 599.14 | 0.00 | 0.00 | 0.00 | 599.14 |

# United States of America
## Commonwealth of Massachusetts

## Short Statement of Facts

I Hamid Reza Ardaneh am a legal Refugee to the U.S. Government and in Federal custody who is in the State of Massachusetts by a Retaliated false Accusation on 06,20,2016, I was absolutely illegally arrested and Jailed and still after Seven years without trial and without any investigation I am in Jail. The Commonwealth did not present and do not have any evidence to show and prove any crime was commited, and even on purpose filed a wrong section for false charges and made unconstitutional false indictments and did not file a domestic violation when the Alleged victim is my Iranian wife of 18 years, and from beginning to now made a lot of violations of the Due Process and so many more errors and violations in the Retaliated false Accusation Case, and Seven years ignoring and Refusing to Enter my Exculpatory Statement and evidence to hiding actual crimes for protecting the guilty Alleged victim and her family. In Seven years there is no true Rights to Counsel because the Commonwealth has intimidated and Bribed my Attorneys to not do anything for me by trick and on purpose forcing me to fire Attorneys to not give me trial deprived of life and liberty for the innocent defendant and protecting guilty the Alleged victim. Only I am asking from Attorneys to translation my evidence, to Enter my Statement and evidence and Exhibits and do ivestigation and all are my ~~def~~ Due Process Rights and Seven years Attorneys not doing, so no equality, Discrimination and injustice in State Courts.

Date 12,20,2022 Respectfully Submitted

PRO - SE      By Hamid Reza Ardaneh

1 of 3

United States of America

Commonwealth of Massachusetts

Federal Question Jurisdiction

1. With the Retaliated false Accusation arrested me and without investigation and without trial Seven years Jailed me is that American Justice and Constitutional?

2. Only name Attorneys without any Result in seven years is that my Rights to Counsel under the Sixth Amendment to the U.S. Constitution?

3. hiding facts to deprived of life and liberty and to deprived of all Constitutional Rights for innocent defendant, and to protecting the guilty Alleged victim, is that Job defense Counsel in Federal laws?

4. When in Seven years I have no Right for translation of evidence, no Right for investigation, no Right for Discovery my Exculpatory Statement, evidence and Exhibits, what is my Due Process Rights guaranteed by the Fifth Amendment to the U.S. Constitution?

5. Without Right to Counsel, Right to Discovery, Due Process Rights, and without equal protection of laws, how I can have fair trial guaranteed by the U.S. Constitution and "A Justice"?

6. I am a legal Iranian Refugee to the U.S.A., Massachusetts by only Discriminated and Retaliated false Accusation illegal arrested me, illegal Jailed me, illegal Hospitalized me, illegal forcing me to take false Psych medications, illegal torturing me, illegal did attack to my life and destroyed everything I had because Religion in violation of the First Amendment to the U.S. Constitution, using my Attorneys to hide all violations and Seven years without trial I am in Jail wich one is not violation of Federal laws?

7. When the Massachusetts cannot enforce equal laws under the U.S. Constitution, how much more you want try to harm the U.S.A.?

2 of 3

United States of America

Commonwealth of Massachusetts

Middlesex, SS.                    Trial Court of Massachusetts

Commonwealth                     Middlesex Superior Court

V.                               Docket No. 1681 CR 00418

Hamid Reza Ardaneh              Date 12, 20, 2022

## Notice of Removal

I Hamid Reza Ardaneh Notice of Removal State Criminal Prosecution to Federal Court Pursuant to Following:

28 U S C 1455 - Procedure for Removal of Criminal Prosecution. (a) Notice of Removal, (b) (1) at any time before trial.

28 U S C 1443 - Civil Rights Cases. Any of the following Civil action or Criminal prosecutions, commenced in State Court may be Removed by the Defendant to the District Court of the United States for the district and division embracing the place wherein it is pending: (1) Against any person who is denied or cannot enforce in the Courts of such State a Right under any law providing for the ~~civil~~ equal civil Rights of citizens of the United States, or of all persons within the jurisdiction thereof.

28 U S C 1331 - Federal question. The district court shall have original jurisdiction of all Civil actions arising under ~~the~~ the Constitution and laws.

Signed Pursuant to Rule 11 of the Federal Rules of Civil Procedure and 28 U S C 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 12, 20, 2022    Respectfully Submitted

PRO - SE          By Hamid Reza Ardaneh

3 of 3

FROM HAMID REZA ARDANEH

To Whom it May Concern,

I am an innocent Iranian legal refugee who is without any constitutional rights, civil rights and human rights due to injustice, prejudice and discrimination based on race, national origin, language, religion, sex and color, and violations of due process rights guaranteed by both state and federal constitutions. I have been incarcerated for seven years in pretrial with ineffective and disloyal councel, because the Commonwealth of Massachusetts does not want to use my statement of facts and my evidence. The Commonwealth is hiding facts and depriving me of life and liberty by using the alleged victim's, my Iranian wife of 18 years, retaliation and false accusation, and hiding actual crimes to protect the guilty alleged victim and her family.

Contrary to any documents filed in the past, I am not complaining about the U.S. government, the American Jewish people, or any employee of the justice system. And, I am not complaining about the two American Jewish people from my wife's (the alleged victim) family.

1 of 3

My complaint only concerns the alleged victim, my Iranian wife, Sanaz Siyonit and her Iranian American uncle, Jacob Babai, and the Commonwealth of Massachusetts, to demand damages for seven years of injustice. I am making a new statement, taking off the names David Merfeld, Bonnie Friedman, American Jewish people and the U.S. government.

I am asking only for "partial justice": to be declared not guilty and have my false criminal and mental health record expunged, because I do not have any past record. I also am asking to have my green card and U.S. passport given to me, which is absolutely within my rights to have, and to give the maximum punishment to the guilty alleged victim (my wife) and her uncle, and to pay me monitary damages, and to start my new life free of any criminal record. I would like my life and liberty protected and supported by the US. government. I love the United States and the American people, and I don't harbor any feelings of discrimination against any group of people or against any religion.

2 of 3

This outcome would be best for the Commonwealth, the United States and for myself.

Psalms 37:
"Commit your way to the Lord, trust in Him and He will do this: He will make your righteous reward shine like the dawn, Your vindication like the noonday sun."

Martin Luther King, Jr.:

"The moral arc of the Universe is long, but it bends toward justice."

Signed pursuant to 28 USC 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 11, 24, 2022   Respectfully Submitted
PRO-SE          By Hamid Reza Ardaneh

3 of 3

United States of America

Exhibit 120.12,14,22
Hamid Reza Ardaneh

From Hamid Reza Ardaneh

To the FBI, the CIA and Federal Government of the U.S.

I am a legal Refugee to the U.S. Government and in Federal custody who is in the State of Massachusetts by a false Accusatia of Retaliation on 06,20,2016, I was absolutely illegally arrested and Jailed and still after Seven years without trial and withou any investigation I am in Jail. The Commonwealth did not present any evidence to show any crime was commited and even filed a wrong section for false charges and made unconstitutional false indictment and did not file a domestic violation when the Alleged victim is my wife of 18 years and made a lot of violations of Due Process and so many more errors in a Retaliated false Accusation Case and Seven years ignoring and Refusing to Enter my Exculpatory Statement and evidence to hiding actual crime: for protecting the guilty Alleged victim and her family. I am alone legal Refugee in the U.S.A., I have no one to help me and in Seven years the Commonwealth has intimidated and Bribed my Attorney to not do anything for me. I am Innocent who in Seven years by injustice, prejudice, Discrimination, torture, attack, plot and trick and violations of Constitutional Rights, Civil Rights and Human Rights I am in Jail. I am Requesting for a Federal Protectio a Federal investigation and to visit a FBI officer.

Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 12,14,2022  Respectfully Submitted

PRO - SE      By Hamid Reza Ardaneh

# United States of America

To the White House and the U.S. President Joseph R. Biden.
From Innocent Iranian legal Refugee Hamid Reza Ardaneh.

I am an innocent Iranian legal Refugee who is by a false
Accusation absolutely illegal arrested and Jailed on 2016,
and is seven years the Commonwealth of Massachusetts
intimidating my Attorneys to not said the Case is only
false Accusation and to not using my Exculpatory Statement
and evidence to hiding facts and actual crimes by the Alleged
victim and her family of intimidating and Bribing me.
is seven years without trial and without Right to Counsel
I am in the Jail and Hospital with absolutely torture because
the Commonwealth knows the whole Case is false, errors and
violations and cannot make trial for this false Case that why
intimidating my Attorneys to not do anything for me to forcing
me to fire Attorneys to depriving me of life and liberty.
I am Requesting to the White House and the U.S. President
Joseph R. Biden for Federal Investigation and the U.S.
Marshal take me out the Massachusetts to protect my life
and liberty. I am a nice person, I love the U.S.A. and all nice
American people.
Signed pursuant to 28 USC 1746 under penalty of perjury under the laws of
the United States of America that the foregoing is true and correct.
Date 11, 28, 2022   Respectfully Submitted
PRO - SE          By Hamid Reza Ardaneh

United States of America

Commonwealth of Massachusetts

Middlesex, ss.                 Trial Court of Massachusetts

Commonwealth                  Middlesex Superior Court

     v.                        Docket No. 1681 CR 00418

Hamid Reza Ardaneh           Date 11, 12, 2022

## Defendant's Statement of Facts and Exculpatory Information

I Hamid Reza Ardaneh making this Exculpatory information, Statement of Facts and time line of Facts pursuant to Mass. R. Crim. P. 14 (a)(1)(A)(iii), Brady v. Maryland, 373 U.S. 83 (1963), United States v. Augurs, 427 U.S. 97 (1976), United States v. Bagley, 473 U.S. 667 (1985), Kyles v. Whitley, 514 U.S 419 (1995), Commonwealth v. Ellison, 376 Mass. 1 (1978), and Commonwealth v. Tucceri, 412 Mass. 401 (1992).

I Hamid Reza Ardaneh Begin duly sworn state :

1. On 06, 12, 1978, without choice I was born in the Iran.

2. On 1998, the Alleged victim Sanaz Siyonit was my Jewish girlfriend in the Iran.

3. On 2000, the Alleged victim Sanaz Siyonit's parent and her Sister Leave Iran and went to the Israel but she Refused to leave Iran together her parent (like her sister). The Alleged victim Sanaz Siyonit said she does not like be Jewish and she does not wants to go to the Israel with her family. The Alleged victim Sanaz Siyonit on year 2000 scape from her parent home and Converted to Islam Religion. (see Exhibit for prove).

4. On 07, 13, 2000, I am married the Alleged victim Sanaz Siyonit.

5. On 06, 26, 2001, my son was born.

1 of 12

6. I was working alone and the Alleged victim my wife Sanaz Siyonit never working in the Iran, She always had enjoy from her life.

7. On 10,01,2015, I and the Alleged victim my wife Sanaz Siyonit and my son by using my money and Visa Refugee absolutely legal came to the United State and moved into Home of David Merfeld and Bonnie Friedman because the Alleged victim Sanaz Siyonit and her uncle Jacob Babai lied to the U.S. Government and Jewish people (David and Bonnie) falsely said my wife and my son are Jewish and they have hard time in the Iran. The Alleged victim and her uncle by this lie take visa Refugee and Support from Jewish people and the U.S. Goverment and made a lot false statement about me to make me hateful to the United States and the Alleged victim Sanaz Siyonit and her uncle made all this trick and plot to destroy my life to making false crimes to deport me to making American Jewish Rich husband for the Alleged victim Sanaz Siyonit and to take my son from me, because 2 evil people was looking for visa, support and money.

8. On 05,11,2016 the Alleged victim my wife Sanaz Siyonit hacked program Telegram in my cell phone and Read all my Romantic messages I was sent to my girlfriend in Iran that why she was Jealous and so angry and she had offer for American Jewish Rich husband that why she made this ~~████████~~ unconstitutional False Accusation of her Retaliation to me.

9. On 06,01,2016 the Alleged victim my wife Sanaz Siyonit came home at 6:30 PM, I and the Alleged victim and our son ate dinner at 8:00 PM, our son a sleep at 11:30 PM and we asleep at 12:00 PM.

10. On 06,02,2016 I and the Alleged victim and our son and David Merfeld and Bonnie Friedman was in the Home I was asleep and without any happened the Alleged victim my wife Sanaz Siyonit went to work at 6:00 AM and no one see any happened or any injury for the Alleged victim my wife Sanaz Siyonit, no any witness in the Home and no any witness in her Job.

11. On 06,17,2016 a false Restraining order was filed ~~illegible~~ ~~illegible~~ unconstitutional falsely Accused me by my Iranian wife of 18 years the Alleged victim Sanaz Siyonit, hearing date was on 06,29,2016 in the Cambridge District Court, police brought me to a Hotel in Cambridge I was not arrested.

12. On 06,19,2016 the alleged victim my wife in complete disregard of Restraining order begins a series of video phone call, the text messages and the voicemails communications with my Sister and my Brother, the Alleged victim stated the Defendant not must go to the Court must leave the United States or I will have him deported (intimidations of witness) "I will fuck his mouth" (see Exhibits for prove).

13. On 06,19,2016 the Alleged victim my wife sent the text messages and 5 counts of the intimidating me and 5 counts of the Bribing me first by $1000 then $3000 then $7000 and lastly $15000, also said paid $1000 and bought the airline ticket for me. The Alleged victim my wife Sanaz Siyonit said the Defendant must leave the United States immediately and if he Refuse he will be arrested, "Police are waiting" (see Exhibits for prove).

3 of 12

14. On 06,19,2016 at 3 PM the Alleged victim's uncle Jacob Babai bought the airline ticket and contacted me and Requested a meeting for show me the money for Bribes and to give me the airline ticket and take me to the airport.

15. I said I am agree to meet only if done at the police station in Cambridge because I wanted to making the video evidence for proving of the intimidations of witness and Bribes by the Alleged victim my Iranian wife Sanaz Siyonit and her uncle Jacob Babai.

16. On 06,19,2016 at 7:15 to 7:45 PM Just 30 minute before the Alleged victim filed the False Police Reports her family Jacob, David and Bonnie meet with the Defendant at the lobby Cambridge Police Station and under review of camera Jacob Babai counted $7000 in cash and gave me the airline ticket said if I am go to the airport now, I will get this $7000 in the airport (can see that in the video of the camera).

17. The Alleged victim stated if the defendant not leave the United States, he would be arrested Jailed and deported (see Exhibits).

18. On 06,19,2016 at 7:45 PM the Defendant says no I won't take the money (bribes), I am canceling the airline ticket, "I will never leave the United States" and "I will go to the Court." I am Refused to leave the United States, Refused to take the Bribes from the Alleged victim my Iranian wife of 18 years Sanaz Siyonit and her uncle Jacob Babai and Refused to sell my family to Jacob Babai.

19. On 06,19,2016 at 8:22 PM, Just 30 minutes after I am Refused to $7000 cash bribe the Alleged victim my Iranian wife of 18 years filed false police reports and false charges about false happend of 3 weeks ago on 06,02,2016 and absolutely ~~xxxxxxxxxxxxxxxxx~~ falsely accused me of her Retaliation to me because I had a girlfriend and because I am Refused to take the Bribes and Refused to leave the U.S.A. and she wanted kick me out and married to ~~the~~ American Jewish Rich man and because she was losing that. The Alleged victim Sanaz Siyonit bought the airline ticket for me, by using Bribes and Intimidations want to force me to leave the U.S.A. but she made false Reports to the police and said Hamid have the airline ticket want to leave the United States and go back to the Iran. Based on this false Statement and ~~xxxxxxxxxxxxxxxxx~~ Unconstitutional false Accusation of Retaliation the Belmont Police illegal arrested me the next day.

20. On 06,19,2016 at 10:15 PM the flight to Iran was scheduled to leave the Boston. I am cancelled the airline ticket at 9:30 PM.

21. On 06,19,2016 at 10:45 PM, I am sent a text message to Jacob Babai to tell him cancelled the airline ticket prior to the flight so you do not waste money.

22. On 06,19,2016 at 11 PM Jacob Babai replied to my the text message said "Ok thank you" (prove of I am not accept the Bribes see Exhibits).

5 of 12

23. On 06,20,2016 also the Alleged victim my Iranian wife of 18 years Sanaz Siyonit sent the voicemails to my sister and my Brother, and stated I wanted to give him $7000 plus $1000 for his flight yesterday but he did not accept. The Exculpatory voicemails evidence are proving of innocence for me and prove of actual crimes of the intimidations of witness and the Bribes and making false police Reports and ~~Attorneys the~~ ~~Attorneys~~ False Accusation by the Alleged victim Sanaz Siyonit. All Attorneys in the Case have all evidence but seven years Refusing to do translation of the voicemails and the text messages, Refusing to do investigation of the text messages and the voicemails and the airline ticket and my statement and Refusing to file in the Case and there is no any Result from Counsels because the Commonwealth intimidating my Attorneys to not work for me to hiding facts to deprived me of life and liberty and to hiding crimes to protecting guilty the Alleged victim and her family.

24. On 06,20,2016 at 11 AM, half day after I am Refused to sell my family to Jacob Babai, Refused to leave the United States and Refused to take the Bribes from the Alleged victim my Iranian wife of 18 years Sanaz Siyonit, her uncle Jacob Babai used power his ~~illegal power~~ and Commonwealth of Massachusetts absolutely illegal arrested me only based on false police Report without any injury for the Alleged victim, without any evidence for prove any crime has been commited and without any witness only based on ~~illegal evidence~~ unconstitutional falsely

Accused me by my Iranian wife of 18 years of her Retaliation to me because was close to time for taking my Green Card and my wife only wanted to deport me. I am explained to the Police on yesterday the Alleged victim my wife bought the airline ticket for me and I am cancelled and the flight was scheduled to leave Boston on yesterday. Also I am explained to the police on yesterday and 30 minutes prior to filed false Police Reports I was at lobby of the Camberidge police station and the Alleged victim's family gave me the airline ticket and counted cash under Review of the Camera to Bribes me with $7000 in cash and the airline ticket for forcing me to leave the United States immediately and not go to the Court. I am Requested to the police for take my video evidence from Cambridge police station on yesterday but the police officers withheld and ignored this Exculpatory Material information and Refused to take the video evidence.

25. On 06,22,2016, in absolutely unfair probable Cause hearing I am arraigned on the False charges of ~~~~~~~~~~~ unconstitutional false Accused me by my Iranian wife of 18 years of her Retaliated to me because I loved another girl. The Judge in the Cambridge District Court only by using the false police Reports ~~~~~~ unconstitutional, without any evidence for prove any crime was commited, illegal and Discriminated ~~~~ making false Judgment for $100,000 cash bail and sent me Jail Billerica. The Commonwealth in the Jail hard mental and physical torture and made a lot false Reports to falsely call me mentally ill.                    7 of 12

26. I am explained to my First defense Counsel McGowan those 30 minutes prior the false police Reports, I was at the Cambridge police Station and my wife's (the Alleged victim) family was counting cash under review of the camera to Bribes me with the airline ticket and $7000 in cash for forcing me to leave the United States

27. CPCS McGowan Stated to me that I must wait to see what evidence DA have and when the DA done for Discovery, we will get the video and filing our evidence. I am also explains to CPCS McGowan I have the text messages and the voicemails left by the Alleged victim (who is my Iranian wife of 18 years) clearly showing intimidations and threats of Jail and deportation if I do not accept the Bribes of $15000

28. The DA closed Discovery and presented only false Grand Jury minute. Attorney McGowan gave me the false Grand Jury minute and Stated the Commonwealth and the DA can only use the false Grand Jury minute for evidence and only can use the Alleged victim for testify at trial, no any more evidence and no any witness for the ~~witness in the victim~~ False Accusation. ~~~~ The DA was done for Discovery ~~~~ on 2016 but Attorney McGowan never motioned to preserve evidence and did not take the video evidence, also Attorney McGowan Received the voicemail evidence and the text messages evidence by email from my Brother but never did not translation for evidence and never file in the Case my Exculpatory Statement and evidence.

8 of 12

29. I am explained to my Attorney the airline ticket and the counting of cash at the police station was explained to police officers yet they withheld and ignored this Exculpatory Material

30. On 08, 18, 2016 the DA Ceara Mahoney by using only a false verbal Statement from the Alleged victim my Iranian wife of 18 years and ~~told~~ Unconstitutional false Accused me of her Retaliation to me, without any evidence to show and prove any crime was ~~commit~~ commited, no any probable Case, no any evidence of Criminal Activity by the Defendant, no mark, no any injury, no picture, no medical paper, no witness and the Alleged victim in the Grand Jury minute stated after punching her face a lot, strangled and all 8 false floney charges happened to her, she without any injury Immediately went to work, no went to a Hospital and not called police, this is mean nothing happened to her. The unfair Grand Jury absolutely illegal and of course Unconstitutional, when the Commonwealth and the Grand Jury was absolutely sure was not commited any crime made the false Indictments by hear only the ~~Retaliation only~~ false Accusation of Retaliation.

31. The DA closed Discovery by presented only the false Grand Jury minute, so the Commonwealth have only a ~~Retaliation~~ ~~only~~ false Accusation of Retaliation and can not make final trial for illegal Unconstitutional the Case that why seven years intimidating my Attorney to not have communication with my and to not work for my side and to forcing me to fire Attorneys to falsely make me incompetent for stand trial to not give me the trial.                    9 of 12

32. The Commonwealth intimidating my Attorneys and Attorneys working for Commonwealth to against innocence the Defendant and hiding actual crimes to protecting guilty the Alleged victim and her family and by 5 years illegal keep me in mental Hospital, torture and forcing me to take false Psych medication wanted forcing me to accept fake Rights to Counsel to not use my evidence and to forcing me to shut my mouth and not said about actual crimes by the Alleged victim and her family and to not said the Case is ~~xxxxxxx~~ false Accusation of Retaliation and to not said the Commonwelth using my Attorney to derived me of my Constitutional Rights, my Civil Rights, my Human Rights and seven years deprived me of life and liberty.

33. If the Commonwealth making false mental illness and falsely call me paranoied about Attorneys and delusional about Judicial System can not hide this Reasonable injustice when clearly can see the Case is false and illegal and can see there is no any Result from Attorneys and clearly can see all Counsels on purpose hiding facts and ignoring my Exculpatory Statement and evidence and ignoring all errors and violation made by the Commonwealth for Continue the illegal Case.

34. The Commonwealth of Massachusetts illegal arrested me, illegal Seven years Jailed me, illegal Hospitalized me and illegal forced me to take false Psych medications and harmed my body and my mental, seven years using prisoners and staff of the Jail and Hospital to attack me mentally and physically and

and illegal torturing me to forcing me to disrespectful Reaction and violence but I did not touch anyone and always I am Respectful to everybody specially to female that why the Commonwealth using Staff of the Jail and the Hospital to making false reports for me to ~~xxxxxxx~~ falsely accused me to making bad pictures from me but when I am seven years always under Review of camera and Commonwealt of Massachusetts have no any video evidence to prove any disrespectful to female or anyone, and have no any video evidence to prove any violence or any dangerous to others by me, Can not falsely accuse me only by false Reports.

35. Under State and Federal Constitution, the U.S. Supreme Court Rules, and the Supreme Judicial Court Rules, this Retaliated ~~xxxxxxxxxxxx~~ Unconstitutional False Accusation with so many errors and violations on purpose made by Commonwealth, the false and illegal Case must be Dismissed but by fake Rights to Counsel the Commonwealth using my Attorneys to deprived me of all my Rights, my life and liberty because prejudice and Discrimination based on Race National Origin, Religion, Language, Sex and Color, to deprived me of "A JUSTICE" for Iranian legal Refugee the innocence Defendant and to hiding actual crimes of facts to protecting my Iranian wife Sanaz Siyonit and Iranian American her uncle Jacob Babai because they are Jewish and have support from ~~xxxxxxxxxxxxx~~ the Commonwealth of Massachusetts.

36. The Commonwealth violated the First step of the Due Process Rights did not presented any evidence to show and prove any crime has been commited, violated the second step of the Due Process Rights did not any investigation for the Reasonable False Accusation, violated the next step of Due Process Rights by on purpose destroyed the Exculpatory video evidence, seven years Refused to translations evidence, Refused to file the Defendant's Exculpatory Statement and evidence to hide 13 Counts of the actual crimes by the Alleged victim and to hide Reasons of her Retaliation to made ~~illegal~~ Unconstitutional False Accusation and is seven years the Commonwealth intimidating my Attorneys to deprived me of life and liberty and all my the U.S. Constitutional Rights, to not do complaint from the Alleged victim and her family to protecting guilty ~~American people~~ people. For prove of all facts and these errors and violations of my Rights can see Docket Sheet of the Case in seven years ~~see~~ all Attorney's have no any Result of Due Process and did not file my Exculpatory Statement and evidence, did not translations for evidence, did not investigation, did not file my complaint from the Alleged victim and did not said the Case are Retaliated ~~unlawful~~ illegal ~~unlawful~~ Unconstitutional False Accusation and did not Defend me whe the Commonwealth on Purpose made so many errors and violations and now the Commonwealth want make unfair illegal trial when have no prove of any crime has been commited and without Rights to Counsel want use false testify and injustice by the Jury to make false guilty for Iranian innocence.

12 of 12

## Materiality

Here, the video evidence of the Alleged victim's family counting cash of $7000 inside the
Cambridge police station for Intimidating and Bribing the Defendant 30 minutes before the police
reports and the Defendant Refused to take the Bribes from the Alleged victim is Material in which
goes to credibility of the accuser as will as culpability. As culpability and state of mind and other
Exculpatory Material evidence not given to the Grand Jury involved voicemails left by the Alleged
victim Stated "I wanted to give him $7000 plus $1000 for his flight yesterday but he did not accept".
There is other Exculpatory Material evidence not given to the Grand Jury in the form of the text
messages left by the Alleged victim the Intimidating and the Bribing the Defendant First by $1000,
then $3000, then $7000 and lastly $15000 and stating paid $1000 and bought the airline ticket for
the Defendant to leave the United States Immediately and if he Refuse to take the Bribes and Refuse
to leave the U.S.A. police arrested, Jailed and deported. Other Exculpatory Material evidence is
copy of the airline ticket proved the Alleged victim the Intimidating and the Bribing the Defendant.
Also other Exculpatory Material evidence is signatures of ~~223~~ 305 American employee of the
Bridgewater State Hospital proved I Hamid Reza Ardaneh am not dangerous, I did not anything
wrong, I am always Respectful to everybody and I am not criminal, ~~223~~ 305 witnesses of Doctors,
nurses and all staff of the Hospital proved he is not mentally ill.
Other Exculpatory Material evidences are 3 Reports of the First
Psychiatrist Reported "I have seen no evidence for any Psych
Pathologe", "I can order no Psych medication at this time as I
have no idea what I would be treating", "I do not know why he
is in the Hospital". Also the Defendant have 2 witnesses for prove
of the intimidations and the Bribes by the Alleged victim.

## Article 11 to the Mass. Constitution

The Defendant claims he have violated his rights under Article 11 of the Massachusetts Declaration of rights. Art. 11 of our Declaration of rights guarantees to every citizen the right to "obtain right and justice freely, and without being obliged to purchase it; completely, and without any denial; promptly, and without delay; conformably to the laws, "and without having to file a lawsuit. Here the Defendant to the attention of several Judges that his lawyers were not pursuing a litany of exculpatory evidence to include video of the Alleged victim's family counting cash of $ 7,000 in the lobby of the Cambridge Cambridge Police station 30 minutes before the Alleged victim filed a Police Reports. As well as the messages of the intimidations and the bribes directly in the Defendant's hands in open Court. Yet Judges failed to take any inquiry into the fairness of these proceedings or effectiveness of counsels' representation. That has reduced these proceedings to a sham. This Defendant under Art. 11 should not have to purchase his guaranteed trial rights by filing this Prima- Facie case of retaliation. Article 11 already provides these rights under the State Constitution. To have to use the First Amendment petition clause to enforce these rights is "grave unfairness" and has brought the judiciary into disrepute.

## Sixth Amendment and Article 12 to the Mass. Constitution

The Supreme Court has recognized that the Sixth Amendment right to a counsel exists, and is needed, in order to protect the fundamental right to a fair trial. The Constitution guarantees a fair trial through the Due Process Clauses, but it defines the basic elements of fair trial largely through the several provisions of the Sixth Amendment; including the Counsel Clause. Strickland v. Washington, 466 U.S. 668 at 685. "Thus, a fair trial is one in which evidence subject to adversarial testing is presented to an impartial tribunal for resolution of issues defined in advance of the proceeding. The right to counsel plays a crucial role in the adversarial system embodied in the Sixth Amendment, since access to counsel's skill and knowledge is necessary to accord defendants the 'ample opportunity to meet the case of the prosecution.' "Here this prima-facie pleading alleges a substantial and serious deficiency below that of a competent causing this Defendant a severe prejudice as a matter of law, the trial record affirmatively demonstrates beyond any doubt that if counsel had done each of the things the Defendant asked him to do the outcome of process would be different. The Defendant brought to the attention of multiple counsels, as well as judges that exculpatory evidence to include video of the Alleged victims' family counting cash of $ 7,000 bribe in the lobby of the Cambridge Police Station 30 minutes before the Alleged victim (his wife) filed the Police report. The gross and unacceptable failure of counsels to pursue this legal matter and trusted to counsel has resulted in an outrageous prejudice and has impaired the Anglo-American adversarial system to produce a just result. The Sixth Amendment recognizes the right to the assistance of counsel because it envisions counsel's playing a role that is critical to the ability of the adversarial system to produce just results. An accused is entitled to be assisted by an attorney, whether retained or appointed, who plays the role necessary to ensure that the trial is fair.

For that reason, the Court has recognized that "the right to counsel is the right to the effective assistance of counsel. "If the Court for **7** years only keeping name of counsels in the case without any result that is not rights to counsel for Hamid. Here counsel's performance was so deficient and their errors were so serious that counsel was not functioning as the "counsel" guaranteed the defendant by Sixth Amendment. Counsels' errors in the case at bar are so serious has to deprive the defendant a video evidence in which would have cast serious doubt on credibility of the Alleged victim. The error has deprived the defendant of a fair trial and it is clear that counsel has failed in their duty to bring bear such skill knowledge as well as loyalty as to render the trial a reliable adversarial process as guaranteed by the Sixth Amendment. Here without doubt to the lost video evidence would have supported the Plaintiffs' case see Commonwealth v. Williams, 455 Mass. 706,718,919 N.E. 2d 685 (2010). This Court then must "way the materiality of the evidence and the potential prejudice to the defendant as well as the culpability of his CPCS attorneys who failed to pursue the legal matter and entrusted to counsels.

## Article 29 to the Mass. Constitution

The Defendant claims his rights under Article 29 are being impinged based upon extra-judicial source of their natural district the Defendant's national origin of being Iranian as well as a language barrier this impermissible Consideration is having a discriminatory affect up the Defendant's Rights under Article 29 of Massachusetts Declaration of Rights. The Judges' outward expression of partiality and willful disregard of Law during deliberative process in motions to discharge counsel out of severe personal animosity but for cause discrimination toward national origin has affected Reasonable judgment and has manifest of bias and prejudice. Such bias and prejudice in the Defendant's proceedings have impaired the fairness of the proceeding and have now brought the judiciary into disrepute. See S.J.C Rule 3:09, Canon 3(b)(5), as appearing in 440 mass. At 1312, Commentary to B 3B (5). There is no question this prima-facie pleading poses a serious dispute concerning the administration of justice now requiring injunctive relief in the case at bar there has been partial interpretation of the laws as well as a willful disregard for the Defendant's guaranteed Fifth, Sixth and Fourteenth Amendment trial rights effective assistance of counsel and compulsory process. Commonwealth v. Rogers clearly the S.J.C. made clear motions to discharge counsel requires action yet the lower Courts have completely ignored the Defendant's substantive assertions that CPCS attorneys' are totally denying assistance this prima-facie pleading has alleged sufficient facts, except it as true to state a claim of relief under Article 29 of the Massachusetts Declaration of Rights. Require an injunctive relief.

## Abusive Process

On 8-2-2017 the Defendant after several months of studying law presented to the Court 5 motions.

Motion for speedy trial (2) Motion to discharge interpreter and counsel and for self-representation

(3) Motion to produce video evidence at the Cambridge Police Station (4) Motion to dismiss

charges and (5) Motion to Complaint from the alleged victim Sanaz Siyonit and her family Jacob

Babai, David Merfeld and Bonnie Friedman. The Judges' in addressing only discharge of counsel

basically told Hamid if he didn't have the money to pay for another counsel, he would have to

represent himself. Hamid gladly stated to the Judge "I don't want any more of your attorneys'." "I

want to represent myself and use my own evidence and prove my innocence." To this 15(a) process

was initiated for an ulterior or illegitimate purpose, resulting in damage. Millennium Equity

Holdings, LLC v. Mahlowitz, 456 Mass.627,636,925 N.E. 2d 513(2010). Here a 15(a) process laws

initiated by the trial judge and his own non-loyal CPCS counsel, to accomplish the oppressive

silencing of a reasonable intelligent accused seeking and demanding pursuit of silencing Hamid in

pursuit of Police Station video was to hide the prosecutors breach of duty in automatic discovery.

Mass. R. Crim. P. 14(a)(l)(A)(iii), as amended, 444 Mass. 1501(2005), and which would have cast

the prosecutor into the role of an Architect of proceeding that does not comport with standards of

justice…" Brady, 373 U.S at 87. Hamid was sent to Bridgewater State Hospital on now a 16(c).

Upon completion of 15(b) Correct Care Recovery Solutions Jessica Surrett falsely testified under

oath Hamid was not taking his medication he was paranoid and cannot work with attorneys, yet

there was never an order of medication. Hamid was committed for 6 months as being incompetent

to stand trial resulting in damage, in the from of judicial oppression, to silence the accused and

prevent him from pursuit of liberty.

## **Potential Prejudice**

The potential prejudice to Hamid caused by ineffective assistance counsel is off the charts. They falsely said that the lost video evidence cannot be replaced. Counsels' failure to hold the prosecutor accountable to Brady order is a substantial departure from acceptable standards and prevailing norms of practice as reflected in American Bar Association standards, e.g.ABA standards for criminal justice 4-1.1 to 4-8.6 (2d ed.1980). Recently the S.J.C. ruled on May 8,2018 CPCS & other v. Attorney General, S.J.C-12471 "Rule broadly defines exculpatory evidence as any facts of an exculpatory nature." The S.J.C. further ruled that Mass. R. Crim. P. should include Brady checklist. Consistent with this opinion CPCS attorney failed to pursue exculpatory material showing "actual innocence" causing a severe prejudice. The trial Judges' refusal to allow Hamid a voice to be heard in his own criminal prosecution as well as outward expressions of partiality and willful disregard of law has brought the judiciary into disrepute and has impaired the fairness of Hamid's proceedings.

Closing pursuant to its general superintendence powers under G.L.c.211 section 3, the single justice of the Supreme Judicial Court has the authority to take any action necessary in the furtherance of justice, the regular execution of the laws, and the improvement of the administration of justice for Hamid in Middlesex Superior Court and Brockton District Court.
See Commonwealth v. Obrien, 432 Mass. 578, 583-84 (2000).





Exhibit 2  11, 5, 2019
Hamid Reza Ardaneh

Official Translation from Persian

Transleted by Fatemeh Mashhadikhalil
Date of translate: 11/04/2019

Translated voice messages and text messages from Sanaz Siyonit (alleged victim) to Mitra Ardaneh (defendant's sister). Defendant is Hamidreza Ardaneh in Middlesex Superior Court Case No.1681CR00418

---------------------------------------------------------------------------------

Voice message sent by Sanaz Siyonit to Mitra Ardaneh: The way he wants to go to Iran has nothing to do with me. I wanted to give himseven thousand dollars plus a thousand dollars for his flight yesterday, but he didn't accept. Now even if he dies I'll not give him a single cent.

Text message sent by Sanaz Siyonit to Mitra Ardaneh: the police forces him to leave the house, he doesn't have the right to get near Amir and I.

Text message sent by Mitra Ardaneh to Sanaz Siyonit: Where is he now?

Text message sent by Sanaz Siyonit to Mitra Ardaneh: We got him a hotel last night. I packed all his stuff so that my uncle gives it to him. We have court date in two weeks. The fight tickets will be bought for him. They'll give him a thousand dollars. If he doesn't want to go back to Iran tell him to go to Europe where his friends are.

1



Text message sent by Mitra Ardaneh to Sanaz Siyonit: He cant do anything with a thousand dollars.

Text message sent by Sanaz Siyonit to Mitra Ardaneh: He can go to Europe or anywhere alse that he wants. Imagine him as a dead person from now on because he is in a realy bad situation.

Text message send by Mitra Ardaneh to Sanaz Siyonit: Go finish this problem and let him go.

Text message sent by Sanaz Siyonit to Mitra Ardaneh: If he doesn't accept, he will go to the jail. What is he thinking? He is crazy. He thinks that he is collecting evidence from us. I'll fuck his mouth. I'll do something so he go back with all the misery. This is the end if he can't undrestand it he will be sent to the jail until he gets deported. He is dumb he doesn't undrestand.

Text message send by Mitra Ardaneh to Sanaz Siyonit: What could he do or where could he go with one thousand dollars? He doesn't have anything here.

Text message sent by Sanaz Siyonit to Mitra Ardaneh: If he accepts I'll give him one thousand dollars from my own stupid wage.

2



So it will be three thousand dollars equal hundred million Toman or more. He can take back the house and sell it and do whatever he wants. This way he will go back with a little respect and not like a offender that police take him to the airport. There are available flights for tonight. If not we're done. Answer

Tell him fifteen thousand dollars so he becomes donkey ( to fool him )

Text message sent by Mitra Ardaneh to Sanaz Siyonit: Do you think I'm doing a deal?

Text message sent by Sanaz Siyonit to Mitra Ardaneh: If he doesn't go back he will get arrested. Let me know in five minutes, the police are waiting.

Text message sent by Mitra Ardaneh to Sanaz Siyonit: What happend?

Text message sent by Sanaz Siyonit to Mitra Ardaneh: We were giving him seven thousand dollars and we bought his ticket that he can start a new life but he realy doesn't deserve it. Anyway it doesn't matter anymore. I did what I had to do from the beginning and he said he will not leave and he said that he did this to show that we offered him money(a bribe)



3

pping Cart Print version                                    https://book.lufthansa.com/..u/uyfrau-ht-common/printBooking.jsess...

Exhibit 4 2,15,2018
Hamid Reza Ardaneh

## Travel Itinerary                                          **Lufthansa**
Nonstop you

Your booking codes:  **8D4ACU**

### Passengers                         Confirmation numbers
Mr Hamidreza Ardaneh                  etix®        220-2370224619

## Your Flights

### Flight on Sunday, 19.06.2016 from Boston to Teheran

| 22.15 | Boston - Logan International... | Lufthansa | Duration: 06h 55min | ⊖ LH421 |
| 11:10 +1 day | Frankfurt/Main International ... | Economy (H) | Layover: 06h 35min | |
| 17.45 +1 day | Frankfurt/Main International ... | Lufthansa | Duration: 04h 55min | ⊖ LH600 |
| 01:40 +2 days | Tehran - Imam Khomeini Intl ... | Economy (H) | | |

### Passengers

| Adult | Child | Infant |
| 1 tickets | 0 tickets | 0 tickets |

## Fare Conditions and Baggage Information

### Flight on Sunday, 19.06.2016 from Boston to Teheran

Economy
Restricted

## Price Overview

Flight tickets                                                        USD 955.02

**Total price**                                                      **USD 955.02**

## Your travel insurance

International Air Ticket Plan

Includes cover for

1 of 2

AIG

 **Lufthansa**

Lufthansa German Airlines
1640 Hempstead Turnpike, East Meadow NY 11554 USA          Your reference          Our reference          Date:

June 11, 2018

VIA FEDERAL EXPRESS

Superior Court Clerk's Office
Middlesex Superior Court
200 Trade Center 2nd Fl.
Woburn, MA  01801

In re:   Summons to produce records
         Superior Court Department no. 1681CR00418,  Commonwealth vs. Hamid Ardaneh

To Whom it may Concern,

Please find enclosed the reservation records (PNR) that were requested in the above referenced subpoena.  In addition:

Form of payment: VI4388576047699676 (see line 30 of attached PNR)
Name on Credit Card:  Bonnie Friedman (see line 32 of the attached PNR)
Payment amount: USD$955.02
Purchased from LH.com on 6/19/16
Refunded on 6/28/16

Thank you, if you have any questions, please let me know.

Robin McDougall
The Lufthansa Group
Paralegal
1640 Hempstead Tpke
East Meadow, NY 11554
(516)296-9284
Robin.mcdougall@dlh.de



2 of 2

For corporate details, address

## GOOD PATIENT

If I Hamid Reza Ardaneh am not dangerous to you, always Respectful to you, and you did not see anything wrong from me, please sign this paper for me, so I can find a Good Job outside the Hospital.
I love you and thank you so much. You are soppotring of facts.

Exhibit 5 10,16,2019
Hamid Reza Ardaneh

## NICE STAFF OF BRIDGEWATER STATE HOSPITAL

| | NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|---|
| 1 | Jenna Hudson | 10/2/19 | |
| 2 | Maureen OBrien | 10/2/19 | Rec Therapist |
| 3 | Lisa Lopes | 10/2/19 | Teacher |
| 4 | Brea McArdle Gallagher | 10/2/19 | Recovery Treatment Assistant (RTA) |
| 5 | Junie H | 10/0/19 | Registered Nurse |
| 6 | Nicole Troy | 10/3/19 | NP ES CAC |
| 7 | Amanda Goguen | 10/3/19 | coordinator of peer support |
| 8 | Victoria Mayfield | 10/3/19 | rehab specialist |
| 9 | Rachel Rabinovitz | 10/3/19 | DBP Coordinator |
| 10 | Brina Silva | 10/3/19 | recovery treatment assista |
| 11 | Lauren Leary RN | 10/4/19 | RN |
| 12 | Melissa Lund, MA | 10/4/19 | Cinician |
| 13 | Jhon Delius | 10/4/19 | TST |
| 14 | Sabrina Francois | 10/4/19 | TST |
| 15 | Thomas Kovalsk | 10/4/19 | TST |
| 16 | JOSEPH | 10/4/19 | TST |
| 17 | Collin E Saint | 10/4/19 | R+A |
| 18 | Jennifer Chandler | 10/4/19 | LPN A2 |
| 19 | Mark Amaral | 10/4/19 | TST A-2 |
| 20 | Kyle Melo | 10/4/19 | TST-M2 |
| 21 | Nattie Miller | 10/5/19 | RTA |
| 22 | | 10/5/19 | RTA |

## GOOD PATIENT

If I Hamid Reza Ardaneh am not dangerous to you, always Respectful to
you, and you did not see anything wrong from me, please sign this
paper for me, so I can find a Good Job outside the Hospital.
I love you and thank you so much. You are supporting of facts.

<u>NICE STAFF OF BRIDGEWATER STATE HOSPITAL</u>

| | NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|---|
| 23 | Hassan Almarawi | 10/5/19 | TST |
| 24 | Luis Melnder | 10/5/19 | TST |
| 25 | Erik Harrison | 10/5/19 | TST |
| 26 | Stephen Muldovian | 10/5/19 | TST |
| 27 | Kevin Soares | 10/5/19 | TST |
| 28 | Raymond Purcell | 10/5/19 | Transport TST |
| 29 | R. Apollon | 10/5/19 | RTA |
| 30 | M. Batiste | 10/5/19 | RTA |
| 31 | | 10/5/19 | R·T·A |
| 32 | Herbert Cedeno | 10/5/19 | T·S·T |
| 33 | | 10/5/19 | R·T·A |
| 34 | Theo Johnson | 10/5/19 | RTA |
| 35 | Justin McElroy | 10/5/19 | TST |
| 36 | V. Fearty | 10/5/19 | TST |
| 37 | S. Konevick | 10/5/19 | TST |
| 38 | Donald Leon | 10/5/19 | T·S·T |
| 39 | | 10/5/19 | TST |
| 40 | C. Fowen | 10/5/19 | TST |
| 41 | Eileen Rose | 10/5/2019 | RTA |
| 42 | J. Sausich | 10/6/2019 | RN |
| 43 | Yves Cyprien | 10/6/2019 | RTA |
| 44 | Mary-Anne Bjorkman | 10/6/2019 | RN |

## Good Patient

If I Hamid Reza Ardaneh am not dangerous to you, always Respectful to you, and you did not See anything wrong from me, please sign this paper for me, So I Can find a Good Job outside the Hospital.

I love you and thank you So much, you are supporting of facts.

## NICE STAFF OF BRIDGEWATER STATE HOSPITAL

| | NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|---|
| 45 | K, Butler | 10/6/19 | TST |
| 46 | C. CHOQUETTE | 10/6/19 | RTA |
| 47 | Immaculla Mayer | 10-16-19 | RTA |
| 48 | C Silva | 10/6/19 | TST |
| 49 | Luke Taylor | 10-6-19 | RTA |
| 50 | London Bragg | 10-6-2019 | TST |
| 51 | Kimberly Laino | 10/6/2019 | RTA |
| 52 | Zoe Burgess | 10/6/2019 | RTA |
| 53 | Jamie Joy | 10/6/2019 | RTA |
| 54 | C Tanen, RN | 10/6/19 | RN Sup |

## Good Patient

If I Hamid Reza Ardaneh am not dangerous to you, Always Respectful to you, and you did not See anything wrong from me, please sign this paper for me, So I can find a good Job outside the Hospital.

I love you and thank you so much. you are supporting of facts.

## NICE STAFF OF BRIDGEWATER STATE HOSPITAL

| | NAME | DATE | Job in the Hospital |
|---|---|---|---|
| 55 | A. Greene | 10/7/19 | RTA |
| 56 | N. Kadet | 10/7/19 | RTA |
| 57 | M. Gustama | 10/7/19 | RTA |
| 58 | P. Baker | 10/7/19 | VPA |
| 59 | J. Goss | 10/7/19 | Librarian |
| 60 | G Baker | 10/7/19 | TST |
| 61 | K. Curtis | 10/7/19 | TST |
| 62 | Aya H. | 10/7/19 | RN |
| 63 | E. Joseph | 10/7/19 | RN |
| 64 | CHRISTOPHER BOOT | 10/8/13 | TST |
| | | | |
| | | | |

### GOOD PATIENT

If I Hamid Reza Ardaneh am not dangerous to you, Always I am
Respectful to you and you did not see anything wrong from me please
sign this paper for me so I can find a good job outside the Hospital.
I love you and thank you so much you are sopporting of facts.

### NICE STAFF OF THE BRIDGEWATER STATE HOSPITAL

| | NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|---|
| 65 | Jessica Ribeiro | 10/8/19 | RTA |
| 66 | Lisa Cumphrey | 10/8/19 | Teachers aid |
| 67 | Mayra Muldoon | 10/8/19 | Nurse Educator |
| 68 | | 10/8/19 | Xclerk |
| 69 | | 10/8/19 | TSI |
| 70 | David Dubois | 10/8/19 | V.L. |
| 71 | Elena Mundy | 10/9/19 | Rehab Specialist |
| 72 | | a oct 2019 | Psychiatrist |
| 73 | | 10/10/19 | |
| 74 | | 10/10/19 | Nurse |
| 75 | | 10/10/10 | Nurse |
| 76 | | 10/10/19 | RTA |
| 77 | Francis Okafor | 10/10/19 | TST |
| 78 | Wilfred DeJesus | 10/11/19 | TST |
| 79 | Kayla M | 10/11/19 | RIST |
| 80 | | 10/11/19 | Kitchen Worker |
| 81 | | 10/11/19 | Kitchen |
| 82 | | 10/11/19 | RTA |
| 83 | Alicia | 10/11/19 | food service |
| 84 | Benbenan | 10/11/19 | Food Serice |

## GOOD PATIENT

If I Hamid Reza Ardaneh am not dangerous to you, Always I am Respectful to you and you did not see anything wrong from me please sign this paper for me so I can find a good job outside the Hospital. I love you and thank you so much you are sopporting of facts.

### NICE STAFF OF THE BRIDGEWATER STATE HOSPITAL

| | NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|---|
| 85 | Priscilla Brinson Thompson | 10/12/2019 | RTA |
| 86 | Dar Dookhren | 10/12/2019 | TST |
| 87 | B MEDEIROS | 10/12/19 | TST |
| 88 | Jess menhir | 10/12/19 | RN |
| 89 | Shawn Lee | 10/12/19 | RTA lead |
| 90 | Alicia thron | 10/12/19 | LPN |
| 91 | Denise Benedo | 10/12/19 | RTA lead |
| 92 | Kenya Ca— | 10/13/19 | Nurse |
| 93 | S Mellor | 10/13/19 | TST |
| 94 | Snely -2 | 10/13/19 | RTA |
| 95 | Erica Rosente | 10/13/19 | RTA |
| 96 | Stephanie M— | 10/13/19 | RTA |
| 97 | Alexandria Eldridge | 10/13/19 | RTA lead |
| 98 | Nivaliz Sousa | 10/13/19 | RTA |
| 99 | Linda M Turner | 10/13/19 | RTA |
| 100 | P Aliot | 10/13/19 | RTA |
| 101 | S Panek | 10/13/19 | RTA |
| 102 | C Chrbrick | 10/14/19 | JT |
| 103 | I Vut | 10/14/19 | SAFETY DEPT |
| 104 | | 10/14/19 | TSK |
| 105 | J McAfoy | 10-14-19 | TS |

### GOOD PATIENT

If I Hamid Reza Ardaneh am not dangerous to you, Always I am
Respectful to you and you did not see anything wrong from me please
sign this paper for me so I can find a good job outside the Hospital.
I love you and thank you so much you are sopporting of facts.

### NICE STAFF OF THE BRIDGEWATER STATE HOSPITAL

| | NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|---|
| 106 | MARIA ANGELES | 10/14/19 | MD |
| 107 | Ron McCann | 10/14/18 | RLR    TST SUP |
| 108 | Brian Marsh | 10/14/19 | R   TST |
| 109 | Ryan Eastman | 10/14/19 | TST |
| 110 | Shawne Bradley | 10/14/19 | RTA |
| 111 | Brian Foote | 10/14/19 | RTA |
| 112 | Zachary Ryan | 10/15/19 | Sociel worker |
| 113 | Eric McKinnon | 10/15/19 | TST |
| 114 | Christspher Shaw | 10/15/19 | Investigator |
| 115 | | 10/15/19 | RN |
| 116 | Meagan McCarthy | 10/17/19 | Social work |
| 117 | Erhunhunwen Okhueleige | 10/17/19 | TST |
| 118 | Jennifer Toscano | 10/17/19 | LPN |
| 119 | Mara Floyd | 10/18/19 | Psychology |
| 120 | Charlome Allesso | 10/18/19 | RTA |
| 121 | Henri Harris | 10/18/2019 | RTA |
| 122 | Michelle Gun | 10/09/2019 | RTA |
| 123 | Dylan Shadrick | 10-19-2019 | TST |
| 124 | Divaldo Januario | 10/19/19 | TST SUP |
| 125 | Judy Buccario | 11/21/19 | Nursing Supervisor |
| 126 | Rebecca Bissett | 10-21-19 | Sericel worker |
| 127 | Anne Collins | 10-22-19 | RN |
| 128 | | 10-22-19 | RISK MANAGER |

## GOOD PATIENT

If I Hamid Reza Ardaneh am not dangerous to you, Always I am
Respectful to you and you did not see anything wrong from me please
sign this paper for me so I can find a good job outside the Hospital.
I love you and thank you so much you are supporting of facts.

### NICE STAFF OF THE BRIDGEWATER STATE HOSPITAL

| | NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|---|
| 129 | Tom Christanson | 10-23-19 | Cook Supervisor |
| 130 | Kyle Abbott | 10/23/19 | FSA |
| 131 | Khalid Khan, MD | 10/23/19 | MEDICAL DOCTOR |
| 132 | Jean-Chaude Faiwto | 10/23/19 | RTA |
| 133 | Gail Petersen | 10-23-19 | R.T.A. |
| 134 | B. G | 10/24/19 | TST |
| 135 | Wilson Laciture | 10-24-19 | TST |
| 136 | Matt Potter | 10/24/19 | PCC |
| 137 | Susan Moralis | 10/24/19 | PCC |
| 138 | B. Brophy | 10/24/19 | Lead RTA |
| 139 | W. Chycelet | 10/24/19 | Lead RTA ☺ |
| 140 | Qm H Mcjse | 10,24,19 | RTA |
| 141 | | 10. 25.19 | TT mg5 |
| 142 | James Georg | 10/25/2011 | RTA |
| 143 | Anthony Andrade | 10/25/19 | RTA |
| 144 | Cynthia Oyatta | 10/26/19 | RN |
| 145 | Sabrina Venuti | 10-27-19 | RTA |
| 146 | Jollanda Bien-Aime | 10-28-19 | RTA |
| 147 | Ilam Smith | 10-28-19 | TST |
| 148 | Shasely Paul | 10-28-19 | TST |
| 149 | Angel Brown | 10/28/19 | RTA |
| 150 | Julius K | 10/29/19 | TST |

## GOOD PATIENT

If I Hamid Reza Ardaneh am not dangerous to you, Always I am
Respectful to you and you did not see anything wrong from me please
sign this paper for me so I can find a good job outside the Hospital.
I love you and thank you so much you are supporting of facts.

### NICE STAFF OF THE BRIDGEWATER STATE HOSPITAL

| | NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|---|
| 151 | Ben Cooley Hall | 10/29/19 | Director of Intensive Treatment Planning |
| 152 | James Troda | 10/29/19 | TST |
| 153 | Jessica Rock | 10/29/19 | ADON |
| 154 | Suoleymane Kane | 10/29/19 | TST |
| 155 | Jamal | 10/29/19 | |
| 156 | Daniel Galas | 10·29·19 | RTA |
| 157 | Ansri Grosso | 10-30/19 | RTA |
| 158 | Alyssa Jonson | 10/30/19 | RN |
| 159 | Laura Lafortre | 10/30/19 | RN |
| 160 | | 10/30/19 | RTA |
| 161 | Robert Baker | 10/30/19 | TST |
| 162 | Jessica Deberio | 10/30/19 | RTA |
| 163 | M | 10/30/19 | TST |
| 164 | X | 10/31/19 | Food Services |
| 165 | Flyn | 10/31/19 | LPN |
| 166 | Nicolet | 10/31/19 | RTA |
| 167 | Sabrina Franevis | 10/31/19 | RTA |
| 168 | ADESEGUN AJA | 10/01/19 | RTA |
| 169 | Humberto Loas | 11/1/19 | CTA |
| 170 | Richard Naplta | 11/1/19 | TST |
| 171 | A. Sule | 11/2/19 | RTA (lead) |
| 172 | Sheku Maneh | 11-02-19 | RTA |
| 173 | Andrew Schofield | 11/3/19 | RN |

## GOOD PATIENT

If I Hamid Reza Ardaneh am not dangerous to you, Always I am
Respectful to you and you did not see anything wrong from me please
sign this paper for me so I can find a good job outside the Hospital.
I love you and thank you so much you are supporting of facts.

## NICE STAFF OF THE BRIDGEWATER STATE HOSPITAL

| | NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|---|
| 174 | Lucas Petty | 11/5/19 | Mail / property |
| 175 | Sir Awsen Reid | 11/5/19 | RTA |
| 176 | James Cote | 11/8/19 | RTA |
| 177 | JAZZ | 11/10/19 | RTA |
| 178 | Jim Ciaffat | 11/1/19 | RN |
| 179 | S. Rodrigues | 11/14/19 | RTA |
| 180 | WP | 11/14/19 | TST |
| 181 | A. Tebeault | 11/24/19 | RTA |
| 182 | I Cadet | 12/1/19 | RTA |
| 183 | G. Medrano | 12/2/19 | RTA |
| 184 | R Harris | 12/2/19 | Leg C RTA |
| 185 | TANIA LINDOR | 9/4/920 | LPN (Nurse) |
| 186 | Valme Cints | 9/4/20 | RTA |
| 187 | Alan | 9/4/20 | TST |
| 188 | Ashwel Nickson | 9/4/2020 | TST |
| 189 | Samson Okanorte | 9/5/2020 | TST |
| 190 | Jaime from softlight | 9/5/2020 | RTA |
| 191 | Rosemary Archer | 9/9/2020 | tst |
| 192 | Rose Washington | 9/9/200 | RTA |
| 193 | G. Davis | 9/10/2020 | RTA |
| 194 | Montricia Carter | 9/10/2020 | RTA |
| 195 | Salome Davis | 9/10/2020 | RTA |

## GOOD PATIENT

If I Hamid Reza Ardaneh am not dangerous to you, Always I am
Respectful to you and you did not see anything wrong from me please
sign this paper for me so I can find a good job outside the Hospital.
I love you and thank you so much you are supporting of facts.

### NICE STAFF OF THE BRIDGEWATER STATE HOSPITAL

| NAME | DATE | JOB IN THE HOSPITAL |
|---|---|---|
| 196 | 9/11/2020 | RN (nurse) |
| 197 Merlindia E. Almeda | 9/11/2020 | RTA |
| 198 | 9/12/2020 | RTA |
| 199 Joseph Bartuah | 9/12/2020 | TST |
| 200 Naomy Emase | 9/12/2020 | RN |
| 201 | 9/13/20 | RN |
| 202 Adrianne Antone | 9/13/20 | RTA |
| 203 Kam Um | 9/14/20 | LPN |
| 204 | 9/14/20 | TST |
| 205 Dorothy DePay | 9-17-20 | TST |
| 206 Moeoebie Soda | 9-18-20 | RN |
| 207 Hope Badge | 9-19-2020 | TST |
| 208 | 9/19/2020 | OfC |
| 209 | | Sup. |
| 210 Diane Albertson | 9/19/20 | RN |
| 211 — James Tome | 9/20/2020 | RTA |
| 212 Stephanie Bien-Aime | 9/21/20 | RTA |
| 213 Roger Hyppolite | 9/22/20 | RTA |
| 214 Fabienne Rolin | 9/23/20 | RTA |
| 215 Renee Cabau | 10/7/2020 | LPN |
| 216 Caroline Ary | 01/11/2021 | RN. |
| 217 Debra Mettler RN | 1/16/2021 | RN |
| 218 Brianna Alarie RN | 5/09/2021 | RN |
| 219 Phaedrah Lawrence | 5/09/2021 | TST |
| 220 Samantha Packard | 5/9/2021 | LRTA |
| 221 Isabelle Dahalla RN | 05-05-2021 | RN |

11 of 16

KINDLY MEMORIES
INMATE FACE BOOK ·

HAMID REZA ARDANEH IS A GOOD AND POLITE PERSON, HE HAS A GOOD
PERSONALITY, HE LOVES PEOPLE AND TRY TO HELP FOR EVERYONE.
HAMID REZA ARDANEH ALWAYS RESPECT WOMEN AND STAFF, HE IS WELL
DRESSED AND POLITE ALSO HAMID REZA ARDANEH ALWAYS NICE TO ME,
WE LIKE HAMID REZA ARDANEH.

| | FIRST AND LAST NAME | STAR FROM 5 | JOB IN BRIDGEWATER STATE HOSPITAL |
|---|---|---|---|
| 221 | Brianne Skywall | ★★★★★ | Librarian |
| 222 | A.B. Lof, MT-BC | ★★★★ ★★★★ | Rehab Specialist |
| 223 | Chrissie Rodgers | ★★★★★★ | Rehab Specialist |
| 224 | Maveen OBrien | ★★★★★ | Rehab Specialist |
| 225 | Lynn Delute | ★★★★★ | R. Hab Specialist |
| 226 | Christine Robbins | ★★★★★ | RTA SUPERVISOR |
| 227 | Peggy Nauman | ★★★★★★★ | chaplain |
| 228 | Jen Munn | ★★★★★ | Rehab Specialist |
| 229 | Susan Feer | ✪✪✪✪✪ | Rehab |
| 230 | Chelsea Texiera | ★★★★★ | RTA (") |
| 231 | Jasmine Almeida | ★★★★ | TST |
| 232 | Amose Toussaint | ★★★★★ | LPN |
| 233 | Kayla Burgess | ★★★★★★ | RTA |
| 234 | B. Curtis | ★★★★★ | TST |
| 235 | D. Perca | ★★★★★ | RTA |
| 236 | Janea Lopers | ★★★★★ | RTA |
| 237 | C. Matos | ★★★★★ | RTA |
| 238 | Sharon Dieselkp | ★★★★★ | nurse |
| 239 | Sabrina V | ★★★★★ | RTA |
| 240 | | ★★★★★ | Rehab |

THEY ARE WOMEN STAFF IN BRIDGEWATER STATE HOSPITAL, THEY PROVE MY
WRITING IS TRUE AND LIKE ME.
RESPECTFULLY SUBMITTED

DATE 10/09/2018    *Hamid Reza Ardaneh*
BY HAMID REZA ARDANEH

28

12 of 16

KINDLY MEMORIES

HAMID REZA ARDANEH IS A GOOD AND POLITE PERSON HE HAS A GOOD
PERSONALITY, HE IS HARD WORKER, HE LOVES PEOPLE AND TRY TO HELP
FOR EVERYBODY. HAMID REZA ARDANEH ALWAYS RESPECT WOMEN AND STAFF,
HE IS WELL DRESSED AND POLITE ALSO HAMID REZA ARDANEH ALWAYS NICE
TO ME, WE LIKE HAMID REZA ARDANEH.

| | FIRST AND LAST NAME | STAR FROM 5 | JOB IN BRIDGEWATER STATE HOSPITAL |
|---|---|---|---|
| 241 | Colleen Kicklin. | ★★★★★ | Teacher Assistant |
| 242 | DaCruz Adelina | ★★★★★ | TS+ |
| 243 | Kaleigh Coacho | 5★ | RTA |
| 244 | Hil Colin. | 5★ | Nurse |
| 245 | Christy Bass | 5★s | Teacher |
| 246 | Jenna Hudson | ★★★★★ | RD |
| 247 | Amanda Goguen | 5★ | Peer Support. |
| 248 | Emily Rasid | ★★★★★ | Occupational Therapist |
| 249 | DENISE BARROS | 5★ | RTA |
| 250 | Judith Muangi | 5 ★+ | Nurse |
| 251 | Garrod Martin | 5 STAR | TST |
| 252 | James Leonard | 5 Stars | LSW |
| 253 | Hebant Joseph | 5★ | TST |
| 254 | SEAN RILEY | 5★ | RTA |
| 255 | Melad Bran | 5★ | TST |
| 256 | Tanba Jany | 5★ | RTA |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

13 of 16

# Good Patient

If I Hamid Reza Ardaneh am not dangerous to you, I am always Respectful to you and you did not see anything wrong from me please sign this paper for me so I can find a good Job outside the Hospital. I love you and thank you so much for Supporting of facts.

Exhibit 154 08, 30, 2021
Hamid Reza Ardaneh

## Nice Staff of the Bridgewater State Hospital

| | Name | Date | Job in the Hospital |
|---|---|---|---|
| 258 | Kailey Fernandez | 8/6/21 | RTA |
| 259 | Wendy Tavares | 8/7/21 | RTA |
| 260 | Nnenna Osi | 8/8/21 | RN |
| 261 | _illegible_ | 8/8/21 | RN |
| 262 | _illegible_ | 8/8/21 | RTA |
| 263 | _illegible_ | 8/8/21 | RTA |
| 264 | Jacqueline Jabbour RN | 8/9/2021 | RN |
| 265 | Patricia Rose | 8/10/2021 | RTA |
| 266 | Chinene Jizan Baptiste | 8/10/2021 | RTA |
| 267 | Stephanie Bien-Aime | 8/10/21 | RTA |
| 268 | Amanda Leigh | 8/11/21 | Peer Support |
| 269 | Nixalie Sousa | 8/11/21 | TST |
| 270 | Carolyne Ayu | 8/13/21 | Nurse |
| 271 | Hope Badger | 8/13/2021 | TST |
| 272 | Maddie Sousa | 8/13/2021 | TST |
| 273 | Emmie Saturin | 8/16/21 | RTA |
| 274 | Janice Notarangelo | 8/16/2021 | TST |
| 275 | Stephanie Rebelo | 8/16/2021 | RTA |
| 276 | MaryAnne Bjorkman | 8/18/2021 | RN |
| 277 | Erica Resende | 8/18/21 | TST |

14 of 16

## Good Patient

If I Hamid Reza Ardaneh am not dangerous to you, I am always
Respectful to you and you did not see anything wrong from me please
sign this paper for me so I can find a good Job outside the Hospital.
I love you and thank you so much, you are supporting of facts.

Exhibit 154  08.30.2021
Hamid Reza Ardaneh

### Nice Staff of the Bridgewater State Hospital

| Print Name | Date | Job in the Hospital |
|---|---|---|
| 278 Salome Davis | 8/20/21 | RTA |
| 279 Xvenson Cyprien | 8/20/21 | TST |
| 280 Renee Naviani | 8/20/21 | LPN |
| 281 Tania Cadet | 8/21/21 | RTA |
| 282 Kimberly Thomas | 8/21/21 | RTA |
| 283 Jason Pagan | 8/21/21 | TST |
| 284 Anthony Croce | 8/21/21 | TST |
| 285 Shannon O'Brien | 8/23/21 | RTA |
| 286 Chantiel Port | 8/23/21 | RN |
| 287 Shantea McNeil | 8/23/21 | RTA |
| 288 Kayla McBrien | 8/24/21 | MI |
| 289 Faith Tedesco | 8/25/21 | Addiction Speaclist |
| 290 Stanratoll Uleun | 8/25/21 | RTA |
| 291 Lindsay DePasqua | 8-26-21 | TST |
| 292 Angelica Tetenult | 9/2/21 | TST |
| 293 Nadine Harcelin | 9/2/21 | RTA |
| 294 W Badger | 9/6/21 | TST |
| 295 Maureen Adams | 9/6/21 | RTA |
| 296 Edeline Mardy | 9/6/21 | RTA |
| 297 Jemimah Auguste | 9/6/21 | LPN |
| 298 | 9/6/21 | RTA |

15 of 16

# Good Patient

IF I Hamid Reza Ardaneh am not dangerous to you, I am always Respectful to you and you did not anything wrong from me please sign this petition for me so I can find a good Job outside the Hospital. I love you and thank you so much, you are supporting of facts.

## Nice Staff of the Bridgewater State Hospital

| | Print Name | Date | Job in the Hospital |
|---|---|---|---|
| 299 | Nicole Limis | 9-7-2021 | LRTA |
| 300 | Michael Cruz | 9-7-2021 | TSJ |
| 301 | Marjori Oley | 9-10-21 | Rehab Specialist |
| 302 | Yamarie Vazquez | 9/10/21 | Rehab Coordinator |
| 303 | Melanie Rush | 9/12/21 | Nurse |
| 304 | Salome Davis | 9/13/21 | RTA |
| 305 | Sabby Daniel | 9.13.21 | Nurse |

16 of 16

Exhibit 6  2,15,2018
Hamid Reza Ardaneh



Bridgewater State Hospital
Bridgewater State Hospital
20 Admin Rd
Bridgewater, MA 02324

**Psychiatry Progress Note**

**CCS**
CORRECT CARE
SOLUTIONS

| Resident Name | Resident Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| HAMID ARDANEH | 5389297 | M125950 | 6M2H1978 | 9/26/2017 |

**Resident Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 08-02-2017 | Acute | DSM-V | Persistent depressive disorder (dysthymia) | |

**Resident Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 08-02-2017 | Allergy Items | No Known Allergies |

**Resident Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

NOTES/HISTORY:  ☐ Free Text  ☐ DAP  ☐ HEAP  ☐ SOAP  ☐ SOAPE

Added 09/26/2017 03:30 PM EST by RD/Finley Mental Health Provider

*Lamb Warning Given and Accepted*

*Psych MD note*

*I am about to see the pt and will call an interpreter who speaks Farsi, the pt's primary language.*

*To be seen f/u after 1 week to assess with greater understanding what he is saying and how he is feeling. The pt is very concerned that I not feel that he is paranoid and he has been very cooperative but we have yet to reach a lawyer who speaks Farsi or an interpreter who speaks Farsi and this puts us at a great disadvantage. I will assess the pt for any sxs of psychosis or any other psych. pathology. Pt said that he is normal and has always been so and he is not on any psych. meds or even sleep agents either as he feels just fine.*

*Psych meds none*

*Pt tried to communicate that he had been in the USA for 8 months after 20 years in Iran with his wife and children. He then claims that she left the house after saying "good bye my love" in Farcy and then the police came and gave him a restraining order. After several days, he reports that he left the home and went to a hotel. He claims that his wife's family ━━━━━━━━━ tried to bribe me with $7000 if he would leave the US and not go to court to press charges against her. He refused both the money (bribe) or to go to the airport on the ticket she purchased for him to go back to Iran. 30 minutes later his wife went to the police station and made a "false report" that he had allegedly tried to harm her by punching her in the face but claims that he did not and that she had no marks on her face at all. One day later he reports that the police came and he was arrested for A & B and his wife also c/o having been raped by him. He then went to court and has been incarcerated in jail for over a year and then transferred to a psych. hospital for 52 days.*

*I have seen no evidence for any psych pathology but I remain concerned that he is not being given adequate representation due to the language barrier and his natural distrust of a foreign land. However, he has shown*

33

Bridgewater State Hospital
Bridgewater State Hospital
20 Admin Rd
Bridgewater , MA02324

Psychiatry Progress Note



| Resident Name | Resident Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| HALIMD ARDANEH | 5388267 | IM125850 | 6/24/1978 | 9/26/2017 |

Resident Problems:

I have seen no evidence for any psych pathology but I remain concerned that he is not being given adequate representation due to the language barrier and his natural distrust of a foreign land.  However, he has always been pleasant and cooperative with me and even today as we wait for a Farsi interpreter for over 1/2 hour he has been calm and pleasant.

I held for over 30 minutes for the Farcy Interpreter but they never came to the phone.  I gave up.

Dx Unclear R/O issues related to his marriage or some other unknown problem

Rec I can order no psych medications at this time as I have no idea what I would be treating.

Robert Portney, MD .

3 4

*Exibit 7 2,15,2018*
*Hamid Reza Ardaneh*

**CCS**
**CORRECT CARE**
**SOLUTIONS**

Bridgewater State Hospital
Bridgewater State Hospital
20 Admin Rd
Bridgewater, MA02324

**Psychiatry Progress Note**

| Resident Name | Resident Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| HAMID ARDANEH | 5385267 | M125950 | 6/12/1978 | 9/5/2017 |

**Resident Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 08-02-2017 | Acute | CCRS Diagnosis Codes | Patient Reports No Problems | |

**Resident Allergies:**

| Observed Date | Type | Allergy | |
|---|---|---|---|
| 08-02-2017 | Allergy Items | No Known Allergies | |

**Resident Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**NOTES / HISTORY:** ⊙ Free Text ○ DAP ○ DEAP ○ SOAP ○ SOAPE

Added 09/05/2017 07:32 PM EST by RBPortney Mental Health Provider

Lamb Warning Given and Accepted

Psych MD f/u 9/5/17

I am asked to see the pt for the purpose of deciding on whether or not pt requires a Roger's Guardian to assist in helping him make medical decisions. Pt claims to have no psych hx and also denied any prior psych issues until his wife claimed that he allegedly punched her and then asked for a divorce. Pt notes they have been married for 18 years and have been together for almost 20 years. He noted that they have 1 son who is 16 yo and is doing well and living in Belmont and attending the Belmont High School in the 10th grade. Pt denied ever being given any psych meds or prescriptions and is shocked by what has been happening to him. He said that he never imagined that he would go to jail or be hospitalized. Pt also said that his wife never never threatened to do anything such as this. Pt asked if he had any hx of drug or Etoh abuse and he denied any such behaviors but did admit to drinking one or 2 drinks a week but denied any abuse.

Past Psych Hx none per pt and no drug or Etoh abuse

Meds as per pt none

MSE Alert Ox3 coop pleasant gd eye contact Mood "I have a good feeling" but said that his rights have been taken away. Affect euthymic Speech goal directed coherent at a nl tone and rate. Pt displayed no LOA, flight of ideas or grandiosity. Pt denied any SI or HI. Pt denied any auditory hallucinations, visual illusions or paranoid delusions. Memory Long term Pres. of the USA Trump, Obama, I love him and I love Trump also." George Bush, Reagan Short memory Ball Table Bat 3/3 at 2" and 3/3 at 5", Immed Recall 6/7 numbers recited forward the first try. Proverbs Not familiar with Glass Houses or the grass is greener etc. Similarities not well done because the patient has just learned English in prison over the past year. I asked the pt how an airplane, a train and a bus are alike and he said they move people. Judgment good answer to formal questions such as what he would do if he found a stamped addressed envelope etc. Insight very limited and I

35.

Bridgewater State Hospital
Bridgewater State Hospital
20 Admin Rd
Bridgewater, MA02324

Psychiatry Progress Note



| Resident Name | Resident Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| HAMID ARDANEH | 5389207 | M125950 | 6/12/1978 | 9/5/2017 |

Resident Problems: airplane, a train and a bus are alike and he said they move people. Judgment good answer to formal questions such as what he would do if he found a stamped addressed envelope etc. Insight very limited and I am not sure why but it is possible that it might be in part due to his limited English.

Brief PE Pt had several healing cut marks on his right forearm but denied he inflicted them himself and claimed that the guards did it to him at another facility.

Questions for bio depression S good every night from 10 PM until 7 AM, I "I am a hard worker and want to save money." G "no" E good C okay Immed Recall 6/7 numbers recited forward, A good and he denied any weight loss here at BSH but claimed to have lost 30 lbs. prior to coming here. Pt said that he was in the jail for 400 days. P. denied S denied and he said "never, I love myself."

I asked questions for social hx and he said that he went to school for 11 years and did not graduate. Pt said that he did not like High School but does like work. Pt did note that things were every difficult back then in Iran.

Dx Unclear at this time

Rec I did see the notes by Dr. Jessica L. Surrett, PhD, but without more information and time with the pt, I am unable to say whether or not he requires a guardian.

I have no information about what types of psych meds he should be given or even if he should be on any. I am aware that I have been asked to fill out papers for Guardianship but feel that I cannot do such at this time despite my concerns about his cut marks on his left arm.

I will try to examine the pt on f/u and hope that I can come to some conclusion but feel that it is very sad that the pt is in such a situation whether or not he is psychiatrically ill.

Robert Portney, MD

Staff of MGH and McLean Hospitals and Faculty of Harvard Medical School and also recent staff at BSH

Board Certified by the ABPN and also boarded in Geriatrics by the same board.

36

E-Signed by Robert B Portney, Mental Health Provider on 09/05/2017 07:32 PM EST

Exibit 8  2,15,2018
Hamid Reza Ardaneh

Bridgewater State Hospital
Bridgewater State Hospital
28 Admin Rd
Bridgewater, MA 02324

Psychiatry Progress Note

**CCS**
CORRECT CARE
SOLUTIONS

| Resident Name | Resident Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| HAMID ARDANEH | 5389207 | 14125950 | 6/12/1978 | 9/19/2017 |

### Resident Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 08-02-2017 | Acute | DSM-V | Persistent depressive disorder (dysthymia) | |

### Resident Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 08-02-2017 | Allergy Items | No Known Allergies |

### Resident Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NOTES HISTORY: ☐ FreeText ☐ DAP ☐ DEAP ☐ GOAP ☐ SOAPE

Added 09/19/2017 04:00 PM by Robert Portney Mental Health Provider

**Psych MD Addendum**

The pt again made clear that he does not feel that the doctors or judges are being unfair but rather that the decisions they have made are based on incomplete and incorrect information.

Robert Portney, MD

Added 09/19/2017 12:27 PM by Robert Portney Mental Health Provider

**Lamb Warning Given and Accepted**

To be seen f/u after a week to check for whether or not I need to file a Roger's Guardian in light of the fact that we have yet to get the pt an interpreter who speaks Farsi, the pt's first language. Thus far the pt feels that I have been unfair in my concerns about his possibly being paranoid and said that I am wrong and that he said he trusts me when he feels I deserve it and migt not when he feels I have been less than honest. Pt then asked me if somebody asks for their rights, are they paranoid by definition? Pt has been always very cooperative and pleasant but we just aren't seeing things from the same perspective and perhaps only will one day when I am a prisoner in a foreign land. Pt asked me to type into this note that he has no orders for any psych. medications.

**Meds psych none**

MSE Alert Alert Ox3 coop pleasant well groomed gd eye contact Mood "every time is good because I love everybody." Affect euthymic Speech goal directed coherent nl tone and rate. No LOA, flight of ideas or grandiosity. Pt denied any SI/HI and also denied any auditory hallucinations, visual illusions or paranoid delusions but I remain concerned that he might have fears that he is being unfairly treated and as proof of

37



Bridgewater State Hospital
Bridgewater State Hospital
28 Admin Rd
Bridgewater, MA 02324

Psychiatry Progress Note

| Resident Name | Resident Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| HAMID ARDAHER | 538920T | M125950 | 6/12/1978 | 9/19/2017 |

Resident Problems:
grandiosity. Pt denied any SI/HI and also denied any auditory hallucinations, visual illusions or paranoid delusions but I remain concerned that he might have fears that he is being unfairly treated and as proof of this he says he has been in jail for over 450 days between the jail and the hospital and from his perspective without cause or justification. Judgment and insight unclear but I fear that when he writes the notes that he is fearful but I am not sure of what. Pt did say that the report from the forensic psychologist was false.

Dx Unclear at this time R/O Delusional Disorder vs. Cultural Issues and no acute psychotic issues ???

Rec I am getting nowhere with this pt but hope that when he gets a lawyer who speaks his native tongue, we might get a better handle on what is right and what is wrong with this patient.

Psych MD f/u over coming weeks.

The pt asked me if I feel he needs to be in the hospital at this time and without knowing the true facts of how or why he is here, this becomes a difficult question. However, nothing from my interactions with him would lead me to be acutely worried about how he might do on his won at this time.

Robert Portney, MD

38

E-Signed by Robert B Portney, Mental Health Provider on 09/19/2017 12:57 PM EST
E-Signed by Robert B Portney, Mental Health Provider on 09/19/2017 01:00 PM EST

Commonwealth of Massachuset

Middlesex, SS.

Commonwealth

     v.

Hamid Reza Ardaneh

Trial Court of Massachusetts

Middlesex Superior Court

Docket No. 1681 CR 00418

Date 10, 10, 2022

## Motion For Proceed PRO-SE

Now comes the Defendant Hamid Reza Ardaneh PRO-SE and
Respectfully moves this Honorable Court to Allow him to Proceed
PRO-SE in the above entitled matter.

As grounds, the Defendant asserts he is entitled to Proceed
PRO-SE as a matter of law pursuant to the Fifth, Sixth and
Fourteenth Amendment to the U.S. Constitution and Article 1,
10, and 12 to the Massachusetts Declaration of Rights.

Also the Court cannot force an Attorney upon me I have the
Rights to seek my own Counsel, you Honor that is at the
Supreme Court Ruling.

See Faretta v. California, 422 U.S. 806 (1975).

I am not fired my Attorney, I am using him for my Assistant.

For support of this motion the Defedent using List of all Violations and
Errors the Commonwealth on purpose made in the Case.


Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws
of the United States of America that the foregoing is trd and Correct.


Date 10, 10, 2022   Respectfuly Submitted

PRO-SE       By Hamid Reza Ardaneh

# Supreme Judicial Court

Trial Court of Massachusetts

Middlesex, SS.

Middlesex Superior Court

Commonwealth

Case No. 1681 CR 00418

v.

Date 10, 10, 2022

Hamid Reza Ardaneh

## Motion For Invocation of Superintendence Powers

Now comes the Defendant Hamid Reza Ardaneh PRO-SE and Respectfully moves this Honorable Court for invocation of Superintendence Powers to revisit and correct all errors and violations of Due Process Rights and violations of all Constitutional Rights made by the Commonwealth in the Case. Pursuant to its general Superintendence power under G.L.c. 211 section 3 the Single Justice of the Supereme Judicial Court has the authority to take any action necessary in the furtherance of Justice, the regular execution of the law, and the imporvment of the Administration of Justice for actual innocence the Defendant Hamid Reza Ardaneh in lower Court. See Commonwealth v. Obrien, 432 Mass. 578, 583-84 (2000).

Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 10, 10, 2022    Respectfully Submitted

PRO-SE         By Hamid Reza Ardaneh

# Supreme Judicial Court

Middlesex, SS.

Commonwealth

V.

Hamid Reza Ardaneh

Trial Court of Massachusetts

Middlesex Superior Court

Case No. 1681 CR 00418

Date 10, 10, 2022

## Notice of Interlocutory Appeal

Notice of Interlocutory Appeal under G.L.c. 278 §28 E and Mass. R. Crim. P. 15 (a) (2), G.L.c. 211 §3, G.L.c. 249 §4, G.L.c. 231A §1, G.L.c. 214 §1, and Article 1, 10, 11, 12, and 29 to the Massachusetts Declaration of Rights.

For any Criminal Case First step of guaranteed Due Process Rights Requires that the Commonwealth present evidence to show and prove, that a crime has been commited but in this Case the Commonwealth violated First step of Due Process Rights did not present any evidece and by only wrong illegal ~~Allegedly~~ Retaliated Unconstitutional False Accusation Case is seven years deprived of life and liberty for innocence Defendant and made so many more errors and violations of all Constitutional Rights for the Defendant in the Case even the Defendant is seven years Does not have the Right to Counsel, the Commonwealth intimidating Attorneys to hide violations and errors to not Dismiss wrong illegal Allegedly Unconstitutional False Accusation Case to make illegal trial when not commited crime. Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 10, 10, 2022     Respectfully Submitted

PRO-SE           By Hamid Reza Ardaneh

Commonwealth of Massachusetts

Middlesex, SS.                    Trial Court of Massachusetts

Commonwealth                     Middlesex Superior Court

        V.                       Docket No. 1681CR00418

Hamid Reza Ardaneh               Date 11.03, 2022

## Motion for funds for translation of evidence

Now comes the Defendant Hamid Reza Ardaneh PRO-SE and Respectfully moves this Honorable Court for $1000.⁰⁰ in funds to hire an interpreter to translation of evidences before trial pursuant to Due process Rights and guarantees a fair trial and Discovery Rights under both State and Federal Constitution. The Court should be Allowed this motion for following Reasons:

1- the Defendant is indigent prisoner.

2- There is so important to translated Exculpatory evidence of the text messages and the voicemails from the alleged victim and use at trial to have my Rights of guarantees a fair trial.


Signed pursuant to 28 U.S.C 1746 under penalty of perjury under the law of the United States of America that the foregoing is true and correct.


Date 11/03, 2022        Respectfully Submitted

   PRO-SE               By Hamid Reza Ardaneh



Commonwealth of Massachusetts

Middlesex, SS.                    Trial Court of Massachusetts

Commonwealth                     Middlesex Superior Court

v.                               Docket No. 1681 CR 00418

Hamid Reza Ardaneh               Date 01.01, 2022

## Motion for funds to hire an Investigator

Now comes the Defendant Hamid Reza Ardaneh PRO-SE and Respectfully moves this Honorable Court for $3000.00 in funds to hire an Investigator for investigation of my Exculpatory evidences, Statement, my witnesses, and Retaliated ~~to be~~ ~~to be~~ Unconstitutional False Accusation The Case Pursuant to Due Process Rights to have a fair trial guaranteed Rights by both State and Federal Constitution.

The Court Should be Allowed this motion for following Reasons:

1. The Defendant is indigent Prisoner.
2. There is so many serious and necessary thing to investigate to find facts before trial.
3. The Defendant have Constitutional Rights to investigation.
4. There is no any investigation for the false Accusation in the Case.
5. For guaranteed a fair trial must be investigate for statement and evidence of both side for guaranteed Due Process Rights.

Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 11,01,2022   Respectfully Submitted

PRO-SE        By Hamid Reza Ardaneh

Commonwealth of Massachusetts

Middlesex, ss.                    Trial Court of Massachusetts

Commonwealth                     Middlesex Superior Court

            v.                   Docket No. 1681CR00418

Hamid Reza Ardaneh               Date 11, 03, 2022

Motion to compell Rule 14 (a) (1) (A) Mandatory Discovery

Now comes the Defendant Hamid Reza Ardaneh PRO-SE and Respectfully
moves this Honorable Court to compell Rule 14 (a) (1) (A) Mandatory
Discovery and Requested to :

1. Certified of the translation of the text messages and the
voicemails left by the Alleged victim 5 counts of the intimidating
and 5 counts of the Bribing the Defendant.

2. True investigations by independent investigator for the Alleged
False Accusation, False Police Reports, False Grand Jury minutes,
my Exculpatory Statement of facts and evidence and speak to
anyone I want use as witness.

3. After I have the Certified of the translations of the Exculpatory
evidence and the Reports of my investigator for investigations
I am filing all Exhibits of Evidence and name and information
my witnesses. Under Due Process Rights guaranteed by both State
and Federal Constitution for guarantees a fair trial this motion
must Allowed by the Court.

Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws
of the United States of America that the foregoing is true and correct.

Date 11, 03, 2022    Respectfully Submitted

  PRO - SE        By Hamid Reza Ardaneh

Commonwealth of Massachusetts

Middlesex, SS.                    Trial Court of Massachusetts

Commonwealth                      Middlesex Superior Court

v.                                Docket No. 1681CR00418

Hamid Reza Ardaneh                Date 10, 20, 2022

## "Motion to Reserve all Constitutional Rights before trial for the Defendant for A Fair Trial"

Now comes the Defendant Hamid Reza Ardaneh PRO-SE and Respectfully moves this Honorable Court to Allow him to Reserve all Constitutional Rights before trial for the Defendant to have a fair trial in the above entitled matter. As grounds, the Defendant assert he is entitled to a fair trial as a matter of law pursuant to the First, Fifth, Sixth, and Fourteenth Amendment to the U.S. Constitution and Article 1, 10, 11, 12, and 29 to the Massachusetts Declaration of Rights the Defendant Requesting to following:

1. Stop Discrimination and Prejudice.
2. Baised Judge Kristen Buxton Recuse herself from the Case.
3. True Rights to loyal and effective assistance of Counsel.
4. Right to file my complaint from the Alleged victim for bribing and intimidating the Defendant 30 minutes before filed the false Police Reports and accuse me falsely.
5. Rights to consideration Retaliated Reasonable Allegedly False Accusation by the Alleged victim.
6. Rights to translations of Exculpatory evidence of the text messages and the voicemails left by the Alleged victim to Bribing

1 of 2

and intimidating the Defendant 30 minutes before filed the false police Reports.

7. Rights to file the Defendant's Exculpatory Statement and Brief.

8. Rights to file the Defendant's Exculpatory evidences in the Case and allow him to use at Jury Trial.

9. Rights to true investigation for anything I need be investigate and are necessary to have a fair trial.

10. Rights to correction of all errors and violations made by the Commonwealth in Retaliated ~~Prosecution with me~~ Unconstitutional False Accusation of Domestic violation the Case.

11. The Commonwealth Stop intimidating and Bribing my Attorneys.

## Facts

All Requested are Due Process Rights and Constitutional Rights to have a fair trial but seven years the Commonwealth deprived of life and liberty for the innocence Defendant by intimidating and Bribing Attorneys. If see the Docket Sheet of the Case there is no any Result from Attorneys in violation of Due Process Rights guaranteed by both State and Federal Constitution for a fair trial and the Commonwealth illegal arrested and without trial seven years Jailed innocence Defendant and want make unfair trial. The Court must Allowed this motion under the U.S. Constitution.

Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 10, 20, 2022   Respectfully Submitted

PRO - SE       By Hamid Reza Ardaneh

2 of 2

Supreme Judicial Court

Middlesex, ss.                    Trial Court of Massachusetts

Commonwealth                   Middlesex Superior Court

V.                             Docket No. 1681CR00418

Hamid Reza Ardaneh            Date 10, 22, 2022

## Motion to Consideration facts of the Case, and Errors and Violations made by the Commonwealth, As Result from Counsels in seven years in the Case, and to Stop intimidating Counsels to deprived me of all Rights, and to Stop all trick and Plot to forcing me to fire Counsels, and to Stop abusive Process to not give me a fair trial.

Now comes the Defendant Hamid Reza Ardaneh PRO-SE and Respectfully Requested to Consideration facts of the Case, Correction of all Errors and Violations made by the Commonwealth, to Stop intimidating my Attorneys to not work for me and on purpose forcing me to fire them, to stop all trick and plot to making false mental illness for me to hide injustice and torture in the Massachusetts. The facts are the Commonwealth intimidating my Attorneys that why is seven years Attorneys Refusing to do complaint from the Alleged victim, not do translation for Exculpatory evidence, not do investigation, not file my Exculpatory Statement and Exhibits of Evidence, not said about errors and violations the Commonwealth made, and not said the Case is Domestic Retaliated ~~illegal~~ illegal unconstitutional False Accusation and must be Dismissed. I am Requested "A JUSTICE," "true Right to Counsel," "true investigation."

Signed Pursuant to 28 U.S.C. 1746 under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Date 10, 22, 2022   Respectfully Submitted

PRO-SE        By Hamid Reza Ardaneh

# Affidavit in Support of the

# Motion to Consideration Facts of the Case

The Facts are the Alleged victim my wife of 18 years and 3 people of her family Bribing me and Intimidating me to leave the United States 30 minutes before filed the False Police Reports, and filed this Retaliated ~~illegal~~ False Accusation because I am Refused to sell my family to the Jewish ~~people~~ and Refused to accept the Bribes from the Alleged victim and her family and Refused to leave the United States that why the Commonwealth filing and accepting the Retaliated ~~illegal~~ illegal ~~unconstitutional~~ unconstitutional False Accusation to make false crimes for me and deport me or whole life keep me in Jail or kill me by prisoners in Jail because I am not Jewish but my wife and my son are Jewish, the Jewish people want make Jewish husband for my wife and to take my son but I am Refused to take the Bribes and to sell my family. I am proving all this fact, the intimidations of witness and the Bribes by the Alleged victim by evidence of the text messages, the voicemail left by the Alleged victim and the airlin ticket the Alleged victim bought for me that why is seven years the Commonwealth intimidating my Attorneys to not file my statement and evidence to hiding facts and actual crimes to protecting guilty the Alleged victim and her family because they are American Jewish and seven years deprived me of life and liberty and all Rights because I am Iranian Refugee. Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 10,22,2022    Respectfully Submitted

PRO – SE        By Hamid Reza Ardaneh

Commonwealth of Massachusetts

Middlesex, SS.                    Trial Court of Massachusetts

Commonwealth                     Middlesex Superior Court

        v.                       Docket No. 1681 CR 00418

Hamid Reza Ardaneh               Date 10, 20, 2022

Motion to Dismiss the ~~Illegal~~ Unconstitutional
~~Retaliated~~ Retaliated ~~Accusation~~ False Accusation Case and False Charges

Now comes the Defendant Hamid Reza Ardaneh PRO-SE and
Respectfully moves this Honorable Court to Allow Dismiss the
~~Illegal~~ Unconstitutional ~~Retaliated~~ Retaliated False Accusation in the
above entitled matter.

As grounds, the Defendant asserts he is entitled ~~to Dismiss the~~
~~Retaliated~~ Retaliated ~~Accusation illegally~~ Unconstitutional False Accusation Case as
a matter of law Pursuant to the First, Fifth, Sixth and
Fourteenth Amendment to the U.S. Constitution and Article 1, 10,
and 12 to the Massachusetts Declaration of Rights, and Mass.
R. Crim. P. 13, and the Supreme Judicial Court Rules in the
Cases Commonwealth v. McCarthy, 385 Mass. 160, 163 (1982), and
Commonweath v. O'Dell, 392 Mass. 445 (1984), Commonwealth
v. Lopez, 433 Mass. 722, 726 (2001), and Commonwealth v.
Sherman, 481 Mass 464 (2019) citing Commonwelth v. Lopez at
727, for following errors, violations and Reasons:

1. Unacceptable and ~~Retaliated~~ Retaliated illegal ~~Illegal~~ Unconstitutional
False Accusation because the Defendant 30 minutes before filed
the Police Reports Refused to take the Bribes from the Alleged
victim who is his Iranian wife of 18 year and her family and

1 of 5

Refused to sell his family to the American Jewish people. The Defendant proving by the Exculpatory evidence of the text messages and the voicemail from the Alleged victim 5 counts of the Bribing and intimidating said if the Defendant Refuse to take the Bribes and Refuse to leave the U.S.A. immediately she want accuse him falsely to Jailed and deported him.

2. Is seven years the Defendant have no any Constitutional Rights to translations of his Exculpatory evidence of the Alleged victim Voicemails and her text messages for the intimidating and the Bribing to the Defendant 30 minutes before Filed false reports to police.

3. By evidence the Defendant proving police Reports are false.

4. Is seven years the Commonwealth not accepting my complaints from the Alleged victim and her family to hide actual crimes for protecting guilty American Jewish people, not filing my Exculpatory Statement and evidence to hide Reasons for the false accusations to not Dismiss illegal ~~Retaliated~~ Unconstitutional false Accusations to deprived of life and liberty for actual innocence Iranian Defendand by Discriminated Judgment.

5. Is seven years the Commonwealth ignoring the Defendant's voice.

6. The Commonwealth violated the First step of Due Process Rights did not presented any evidence to show and prove any crime has been commited and on purpose accept illegal ~~Retaliated~~ false Accusation but not accepting my complaint of the crimes by the Alleged victim in same time when I am proving the crimes by evidence.

2 of 5

7. In this illegal ~~Retaliated~~ *Retaliated* Unconstitutional False Accusation there is no any evidence for prove of any force, no picture, no mark, no medical paper, and no any injury for the Alleged victim because has not been Commited any crime and the Grand Jury by only a false verbal statement made the illegal Indictments for 8 false felony charges for innocence Defendant.

8. There is no any evidence and any Reason for illegal arrested and seven years without trial Jailed innocence Defendant.

9. The Grand Jury failed to hear any evidence of Criminal Activity by the Defendant.

10. Indictment not supported by Probable Cause.

11. Unfair and misleading presantation to the Grand Jury.

12. Is seven years no any investigation for illegal false Case, the DA, the Grand Jury, the Judges, the Attorneys and the Commonwealth Refused to investigation on purpose to hide facts to keep the illegal ~~Retaliated~~ *Retaliated* Unconstitutional False Accusation to deprived of life and librty for innocence the Defendant and to hide actual crimes for protecting guilty the Alleged victim and her family because they are American Jewish.

13. On date and time of the False Accusations 3 more people was in the Home with the Alleged victim and the Defendant but no one see or hear anything happened also in the false the Grand Jury minute the Alleged victim said she Immediately went to work, not call police, not went to a Hospital, not have any injury and the Commonwealth not have any witness from Home and her Job.

14. In the Genral laws of the Massachusett there is no any chapt and section to charge me for rape. of my Iranian wife of 18 years and under laws of the Massachusetts there is no any crime for rape to wife of 18 years who is 18 years everynight came to bed with me that why the Commonwealth made another serious errors in the Case and on purpose filed falsely G.L.c.265 §22 (b), this false section is rape to under age but when my Iranian wife of 18 years accuse me falsely She was 36 years old but the Commonwealth on purpose filed this wrong section to deprived me of a justice make me hateful to the whole United States and using dangerous prisoners to attack me physically and mentally in Jail.

15. The Commonwealth on purpose destroyed Exculpatory the video evidence of the Alleged victim's family counting cash of $7000 in the lobby of the Cambridge Police Station to Bribes the Defendant 30 minutes before the Alleged victim filed the false Police Reports and accuse him falsely the Defendant Refused to take the Bribes from the Alleged victim.

16. The Commonwealth on purpose steal and destroyed Exculpatory the pictures evidence the Alleged victim mailed to the Defendant in the Jail also the Commonwealth Steal and try to destroy the airline ticket and the text messages evidence to hide crimes of 5 counts of the intimidation of witness and 5 counts of the Bribes by the Alleged victim but the Defendant's whole family save all evidence and sent back to him but the pictures destroyed.

4 of 5

17. Seven years there is no true Rights to Counsel for the Defendant because the Commonwealth intimidating my Attorneys to not do complaint from the Alleged victim and her family, to not do translations for my evidence, to not file my Exculpatory Statement of facts, Brief and evidence, to not said about so many errors and violations made by the Commonwealth, and to not said the Case is illegal ~~~~~~~~ Unconstitutional ~~~~~~~~ False Accusation of Retaliation because the Defendant Refused to take the Bribes, Refused to sell his family to the Jewish people and Refused to leave the U.S.A.

For all these Reasons, Errors, and Violations of the First, Fifth, Sixth, and Fourteenth Amendment to the U.S. Constitution, Article 1, 10, and 12 to the Massachusetts Declaration of Rights, and all violations of the S.J.C. Rules for the Clerks, the Judges, the Prosecutions, the Grand Jury, and the Attorneys, and under both State and Federal laws of the U.S.A. the illegal ~~~~~~~~ Unconstitutional Retaliated ~~~~~~~~ False Accusation Case for violation of Due Process Rights and all Constitutional Rights must be Dismissed, there is no anyway to make illegal trial for false the Case and the Court must Dismiss the Case.

Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 10, 20, 2022    Respectfully Submitted

PRO - SE          By Hamid Reza Ardaneh

5 of 5

## COMMONWEALTH OF MASSACHUSETTS
### SUPREME JUDICIAL COURT FOR THE COUNTY OF SUFFOLK
### CLERK'S OFFICE
John Adams Courthouse
One Pemberton Square - Suite 1300
Boston, MA 02108-1707
(617) 557-1100

Hamid Reza Ardaneh, Pro Se
Middlesex County Jail
269 Treble Cove Road
N. Billerica, MA 01862

RE:   **No. SJ-2022-0431**
      **COMMONWEALTH v. HAMID REZA ARDANEH**
      Lower Court: Middlesex Superior Court
      Lower Court No: 1681CR00418

### NOTICE OF DOCKET ENTRY

You are hereby notified that on December 6, 2022, the following was entered on the docket of the above-referenced case:

**JUDGMENT: denying relief under c. 211, s.3 without a hearing. (Gaziano, J.)**

Very truly yours,
**/s/ Maura S. Doyle**
Maura S. Doyle
Clerk

Dated: December 6, 2022
To:     Hamid Reza Ardaneh

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
NO. SJ-2022-0431

Middlesex Superior Court
No. 1681CR00418

COMMONWEALTH

v.

HAMID REZA ARDANEH

<u>JUDGMENT</u>

This matter came before the Court, Gaziano, J., on two
pleadings.  One entitled, "Petition for Demonstration of a
Substantial Claim of a Violation of a Substantive Right Under
G. L. c. 211, § 3".  The other entitled, "Petition to Establish
that No Adequate Alternative Remedy Exists Under G. L. c. 211,
§ 3".  Both petitions were filed by Hamid Reza Ardaneh, pro se.
The petitioner also filed a motion for Invocation of
Superintendence Powers, a motion to Consider Facts of the Case,
and a motion for Injunctive Relief.

After review of the petitions, memorandum, attachments, and motions it is hereby **ORDERED** that the petitions and the three motions be, and the same hereby are, **DENIED** without hearing.


By the Court, (Gaziano, J.)

/s/ Maura S. Doyle
Maura S. Doyle, Clerk

Entered: December 6, 2022

## Certificate of Service

I Hamid Reza Ardaneh hereby certify and swear under the pains and penalty of perjury that I mailed a true and correct original or copy of the following: letters, Civil Cover Sheet, Category sheet, Civil Complaint form, Application to Proceed without Prepayment of fees and Affidavit, Complaint form of the Defendants, Short Statement, Federal question Jurisdiction, Notice of Removal, letters, Statement of facts, Exhibits, and motions ignored by State the Middlesex Superior Court.

By the United States Postal Service in the envelope addressed to:

1- Clerk of the United States District Court
2- Massachusetts Attorney General
3- The Judge Kristen Buxton
4- The DA Ceara Mahoney
5- Attorney Benjamin B. Tariri

On this 28 of December in the year 2022.
Signed Pursuant to 28 USC 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date
PRO-SE

Respectfully Submitted
By Hamid Reza Ardaneh



ATTACHMENT 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1.   **Title of case (name of first party on each side only)** *Hamid Reza Ardaneh v. Commonwealth, et al.*

2.   Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local rule 40.1(a)(1)).

☐   I.   160, 400, 410, 441, 535, 830*, 835*, 850, 891, 893, R.23, REGARDLESS OF NATURE OF SUIT.

☒   II.   110, 130, 190, 196, 370, 375, 376, 440, 442, 443, 445, 446, 448, 470, 751, 820*, 840*, 895, 896, 899.

☐   III.   120, 140, 150, 151, 152, 153, 195, 210, 220, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 367, 368, 371, 380, 385, 422, 423, 430, 450, 460, 462, 463, 465, 480, 485, 490, 510, 530, 540, 550, 555, 560, 625, 690, 710, 720, 740, 790, 791, 861-865, 870, 871, 890, 950.

*Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3.   Title and number, if any, of related cases.   (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4.   Has a prior action between the same parties and based on the same claim ever been filed in this court?
     YES ☒     NO ☐

5.   Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)
     YES ☒     NO ☐

     If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
     YES ☐     NO ☒

6.   Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
     YES ☐     NO ☒

7.   Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
     YES ☐     NO ☒

     A.   If yes, in which division do all of the non-governmental parties reside?
          Eastern Division ☐          Central Division ☐          Western Division ☐

     B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
          Eastern Division ☐          Central Division ☐          Western Division ☐

8.   If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions) *Motions for*     YES ☒     NO ☐ *Proceed PRO-SE,*

*funds for translation evidence, funds to hire an*                                                                                    *investigator,*
*Reserve all Constitutional Rights, Mandatory Discovery, Dismiss the Unconstitutional*
*Retaliated false Accusation, Invocation of Superintendents Powers, Interlocutory Appeal.*

(PLEASE TYPE OR PRINT)
**ATTORNEY'S NAME** *PRO-SE, Hamid Reza Ardaneh*
**ADDRESS** *Middlesex House of Correction, 269 Treble Cove Rd, Billerica MA 01862*
**TELEPHONE NO.** *N/A*

(CategoryForm9-2018.wpd )

From Hamid Reza Ardaneh
To the Clerk of the U.S. District Court

Attached this letter I am sent the Civil Cover sheet,
Category sheet, Civil Complaint form, Application to Proceed
without Prepayment of fees and Affidavit, Complaint of the
Defendants, Short Statement, Federal question Jurisdiction,
Notice of Removal, letters, statement of facts, Exhibits, and
motions to you please file my Civil Action Case and Enter
each paper you Received and then Send A copy of the
Docket sheet of the Case for me and help me to find
Justice in the United States.

"Thank you so much for your kindness"

Date 12,27,2022         Respectfully Submitted
    PRO-SE              By Hamid Reza Ardaneh



Hamid Reza Ardaneh
269 Treble Cove Rd
Billerica MA 01862



NEOPOST
12/30/2022
US POSTAGE $003.50⁰
ZIP 01862
041M11455839



Office of the Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Legal Mail



RECEIVED
JAN - 3 2023
PRO SE OFFICE



USM
SDNY